# INTERVIEW TRANSCRIPTION

Command Name: U.S. Department of Transportation OIG

Case Number:  I19G0060500

Interviewee's Name:  Adam Ball

Identification of Investigator(s):  Special Agent Steven Larson and Special Agent Douglas Smith

Date of Interview:  July 24, 2019 and July 25, 2019

1       SPECIAL AGENT STEVEN LARSON:  Today's date is July 24,

2   2019.  The subsequent recording will occur on Thursday, July 25

3   and will be between Special Agents Steven Larson and Douglas

4   Smith and Adam Ball.  All right.  Will be I just want to let,

5   uh, let, uh, our coworkers know we're in talking.

6       BRIAN BUTLER:    Okay.

7       SPECIAL AGENT STEVEN LARSON:  I'll be right back.  Just

8   FYI, so I am, uh, I am talking [inaudible 1:15].

9       BRIAN BUTLER:    Okay.

10      SPECIAL AGENT STEVEN LARSON:  Thanks Adam.  All right.

11  Shut that, so we've got some [inaudible 0:] time. Um, as we said

12  I'm Steve Larson with the FBI.  This will let you know who I am.

13  Uh, just out of [inaudible 1:45] do you have any idea why we'll

14  be here today or --

15      MR. ADAM BALL:  -- No, [inaudible 1:53].

16      SPECIAL AGENT STEVEN LARSON:  Okay.

17      MR. ADAM BALL:  Should -- should we have legal counsel?

18      SPECIAL AGENT DOUGLAS SMITH:  Well like I said we -- I

19  mean, you know, got [inaudible 2:00], you guys [inaudible 2:03]

20  um, that's going to be up to you, but -- but that -- I mean with

21  that said, I mean depending on, you know, if [inaudible 2:13]

22  you can say that.  But, uh, just to kind of repeat what you've

23  may have already heard [inaudible 2:22], I mean our point today

24  is just to try to get some answers.  Uh, nobody's under arrest.

25  Nobody's getting  cuffs, nothing like that.

26      MR. ADAM BALL:  Okay.

27      SPECIAL AGENT DOUGLAS SMITH:  Um, and, uh, as far as that

28  goes to it, if -- if you wanted to start answering questions,

29  talking to us, that's fine and then if -- if you don't want to

30  answer questions at some point, I mean that's -- that's part of

31  your right too.

32      MR. ADAM BALL:  Okay.

33      SPECIAL AGENT DOUGLAS SMITH:  So we'll -- I mean we'll

34  respect that as your decision, but I mean just as much as we

35  want [inaudible 2:50].

36      SPECIAL AGENT STEVEN LARSON:  All right, um, I guess -- I

37  guess just to get -- get the ball rolling, uh, Adam, um, what --

38  what is your role here at, uh, this is Survey Solutions,

39  correct, Incorporated?  What -- what is your position?  What is

40  your role?

41      MR. ADAM BALL:  I'm, uh, I'm a project engineer.  I'm just

42  in charge of, um, inspections [inaudible 3:18].  Um, and, um,

43  designs.  We don't do a ton of designs, but, um, design

44  oversight, um, I'm trying to think, what else.  [inaudible 3:46].

45      SPECIAL AGENT STEVEN LARSON:  Okay.  Anything with

46  engineering?

47        MR. ADAM BALL:  [inaudible 3:55].

48        SPECIAL AGENT STEVEN LARSON:  Okay.  Do you have, uh, what

49  -- are you a -- an owner of the company?

50        MR. ADAM BALL:  No.

51        SPECIAL AGENT STEVEN LARSON:  No.  You have no ownership

52  interest?  Okay.

53        MR. ADAM BALL:  Not in SSI, no.

54        SPECIAL AGENT STEVEN LARSON:  Okay.  Not SSI.  Do you have

55  ownership interest in -- in other companies?

56        MR. ADAM BALL:  I -- I -- I do have, um, ownership in, uh,

57  a company called Southfield IT Group.

58        SPECIAL AGENT STEVEN LARSON:  Southfield IT Group.  Okay.

59  What does Southfield IT Group what -- what do they do?

60        MR. ADAM BALL:  They're basically a, um, you know, a -- a,

61  um, a, um, a memory, uh, a data storage, you know, IT -- IT

62  complete with data storage essentially.

63        SPECIAL AGENT STEVEN LARSON:  IT company with -- with data

64  storage.  Okay, um, are they affiliated with SSI in any way?

65        MR. ADAM BALL:  We do business with SSI.

66        SPECIAL AGENT STEVEN LARSON:  You -- you do business with -

67  and when you say we, you're -- you're speaking as Southfield --

68        MR. ADAM BALL:   Correct.

69        SPECIAL AGENT STEVEN LARSON:  -- IT Group?

                                    For Official Use Only

70      MR. ADAM BALL:  Correct.

71      SPECIAL AGENT STEVEN LARSON:  Okay.  Where -- where is

72  Southfield IT Group located?

73      MR. ADAM BALL:  It's -- it's based out of my -- my home.

74      SPECIAL AGENT STEVEN LARSON:  Based out of your home in --

75      MR. ADAM BALL:  -- Saginaw.

76      SPECIAL AGENT STEVEN LARSON:  Saginaw?

77      MR. ADAM BALL:  Yeah.

78      SPECIAL AGENT STEVEN LARSON:  Okay.

79      MR. ADAM BALL:  I mean that's where the -- the LLC was, you

80  know, the LLC was associate with essentially.

81      SPECIAL AGENT DOUGLAS SMITH:  Like -- like headquartered?

82      MR. ADAM BALL:  Yeah.  I mean, you know, when you -- when

83  you set up an LLC you've got to have a, uh, an address where the

84  tax forms go to and --

85      SPECIAL AGENT DOUGLAS SMITH:   Mm-hm.

86      MR. ADAM BALL:  -- and all that --

87      SPECIAL AGENT STEVEN LARSON:  Oh --

88      MR. ADAM BALL:  -- stuff.

89      SPECIAL AGENT STEVEN LARSON:  -- okay.

90      SPECIAL AGENT DOUGLAS SMITH:  Um, so -- so your address

91  would be like the, uh, uh, the registered agent I think is what

92  they call it?  Something like that.

93      MR. ADAM BALL:  I think so.

94      SPECIAL AGENT DOUGLAS SMITH:  Okay.

95      SPECIAL AGENT STEVEN LARSON:  Oh okay.  Um, are -- are you

96  the -- the sole owner of, uh, of the company?

97      MR. ADAM BALL:  [inaudible 6:03] keep talking, it's one

98  thing I need to do.  [inaudible 6:10].

99      SPECIAL AGENT STEVEN LARSON:  Alrighty - alrighty.  Um, are

100  you the -- the sole owner of, uh, Southfield?

101      MR. ADAM BALL:  My -- my wife was involved also.

102      SPECIAL AGENT STEVEN LARSON:  Your -- your wife is

103  involved.  And -- and who is your wife?

104      MR. ADAM BALL:  Sarah -- Sarah Ball.

105      SPECIAL AGENT STEVEN LARSON:  Sarah Ball.  Okay.  So you

106  and Sarah own, uh, Southfield IT Group?

107      MR. ADAM BALL:  Correct.

108      SPECIAL AGENT STEVEN LARSON:  Okay.  Um, any other

109  employees?

110      MR. ADAM BALL:  No.

111      SPECIAL AGENT STEVEN LARSON:  There -- there -- there are

112  no other employees?

113      MR. ADAM BALL:  No.

114      SPECIAL AGENT STEVEN LARSON:  Okay.  How -- how long have

115  you owned, uh, Southfield IT Group?

                                      For Official Use Only

116    MR. ADAM BALL:  I don't remember.  Probably about three

117    years.

118    SPECIAL AGENT STEVEN LARSON:  Three years.  Was it, um,

119    ever called anything -- any -- any other than Southfield IT

120    Group?

121    MR. ADAM BALL:  Yep.  Yep.  I originally started a National

122    Elevation Certificates.

123    SPECIAL AGENT STEVEN LARSON:  Okay.  What was National

124    Elevation Certificates?

125    MR. ADAM BALL:  For a while there -- there was a, uh, a

126    federal push for flood insurance, um, I'm going to say about

127    three - three or four years ago there was a -- there was a big

128    push to get this nationwide flood insurance, um, thing started

129    and in an attempt to start teaming on that, we thought -- we

130    thought it would be a, uh, um, a good market, you know, to hit,

131    so we started a company, you know, called National Relationship.

132    [sic 7:58].  It's LLC.  Well that dumped thing fell flat on its

133    face.  We got zero business out of that, I remember, but we

134    already had the business in place, and we just kept it in place,

135    whatever.  And then, um, an opportunity came up to, um, create a

136    more of an IT group, so instead of having to start a whole

137    brand-new LLC for that, I did a, uh, a DBA --

138    SPECIAL AGENT STEVEN LARSON:  -- To do --

                                    For Official Use Only

139        MR. ADAM BALL:  -- you know, doing --

140        SPECIAL AGENT STEVEN LARSON:  -- business as.

141        MR. ADAM BALL:  Southfield IT Group instead.

142        SPECIAL AGENT STEVEN LARSON:  Okay.

143        MR. ADAM BALL:  So I guess technically Southfield IT Group

144 is not its own standalone --

145        SPECIAL AGENT STEVEN LARSON:  -- It's -- it's --

146        MR. ADAM BALL:  -- LLC, it's -- it's basically a National

147 Elevation Certificates --

148        SPECIAL AGENT STEVEN LARSON:  -- Oh --

149        MR. ADAM BALL:  -- doing business as --

150        SPECIAL AGENT STEVEN LARSON:  -- As --

151        MR. ADAM BALL:  -- Southfield --

152        SPECIAL AGENT STEVEN LARSON:  -- Southfield IT Group, okay,

153 but the business I guess focus would be different than what

154 National Elevation --

155        MR. ADAM BALL:  Correct.

156        SPECIAL AGENT STEVEN LARSON:  -- was initiated at.

157        MR. ADAM BALL:  Right.

158        SPECIAL AGENT STEVEN LARSON:  Okay.  Well, um, just out of

159 curiosity what's your background in IT?

160        MR. ADAM BALL:  I don't have any of it.

        For Official Use Only

161     SPECIAL AGENT STEVEN LARSON:  You don't have any.  Okay.

162   What -- what about your wife?  What's her background in IT?

163     MR. ADAM BALL:  [inaudible 9:14].

164     SPECIAL AGENT STEVEN LARSON:  Um, a lot?

165     MR. ADAM BALL:  No.

166     SPECIAL AGENT STEVEN LARSON:  None?  Zero?  Okay.  All

167   right.  Um, and as you said the two of you are the only

168   employees?

169     MR. ADAM BALL:  Yeah.

170     SPECIAL AGENT STEVEN LARSON:  Okay.  And you do business

171   with Survey Solutions?

172     MR. ADAM BALL:  Correct.

173     SPECIAL AGENT STEVEN LARSON:  And what -- what -- what --

174   what services do you provide SSI?

175     MR. ADAM BALL:  I think we're kinda starting to get in the

176   area – I would prefer not to even get into it, um, I -- I --

177     SPECIAL AGENT STEVEN LARSON:  -- Well Adam, we're, you

178   know, we're -- we're -- we're -- we're here.  This is an

179   opportunity for you to explain a few things.  Um, this -- I mean

180   granted it, this isn't a just a casual conversation over -- over

181   coffee, but I -- I've been doing this for -- for 20 years.

182   Doug's been doing this for 10 years.  And -- and I'm going to --

183   I'm going to shoot straight with you, um, you -- you know the

9

184    best thing you can do at this point is -- is -- is get ahead of

185    this and, uh, you know, talk to us and answer -- answer some

186    questions here.  Um, so I guess that's --

187        MR. ADAM BALL:  -- Well, what was the question again?

188        SPECIAL AGENT DOUGLAS SMITH:  Just kind of what, uh, what

189    services you provide or what, uh, what -- what, uh, what

190    Southfield does.

191        MR. ADAM BALL:  Again it's a -- basically a data storage.

192    A lot of the scan work that SSI does is very memory intensive,

193    they got this mobile scanner basically.  It basically drive at

194    highway speeds and it's got laser beams that shoot everywhere
       ==being issued==

195    everywhere and collects data.  The gigabytes, the terabytes and

196    all that stuff, whatever.  So Southfield IT Group was created,

197    the entity that holds the memory to the head essentially.

198        SPECIAL AGENT STEVEN LARSON:  Holds as a side data storage?

199        MR. ADAM BALL:  Data storage.

200        SPECIAL AGENT STEVEN LARSON:  Okay.  Okay, how much --

201    what's the - geez, Doug is more, uh, a computer guy than I am,

202    but what -- what would you say what -- what kind of -- I mean

203    for -- for all of that data storage, um, you probably need like

204    what, servers or a lot of hardware somewhere, right?

205        MR. ADAM BALL:  Yeah.

                                                      For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

206         SPECIAL AGENT STEVEN LARSON:  Where's that -- where's that

207  maintained?

208         MR. ADAM BALL:  I think most of it is right here.

209         SPECIAL AGENT STEVEN LARSON:  You -- you think most of it's

210  right here?

211         SPECIAL AGENT DOUGLAS SMITH:  Um, sir,  so service I know

212  stuff can go virtual, so like I didn't know, uh, some people

213  like subcontracted with like Amazon or other warehouse type
     storage

214  stuff that is stored offsite or -- or at least backed up.  Some

215  people have created a whole method of backup and stuff onsite,

216  um, when -- so when you say here like backed up in here or here

217  it's -- like the tower, like the  racks and stuff there are here?

218         MR. ADAM BALL:  Yeah.  I think some are, some of the racks

219  are back there.  I do.

220         SPECIAL AGENT DOUGLAS SMITH:  Okay.

221         MR. ADAM BALL:  You can probably tell I'm not as familiar

222  with it as I should be or whatever, but I [inaudible 12:49] --

223         SPECIAL AGENT DOUGLAS SMITH:  -- Well if --

224         MR. ADAM BALL:  -- I don't [inaudible 12:49] a lot of SSI

225  employees.  Kind of like when you're leasing a car you get from

226  Hertz but --

227         SPECIAL AGENT DOUGLAS SMITH:  -- Sure. --

For Official Use Only

228       MR. ADAM BALL:  -- but the -- the staff of the company that

229   actually has possession of the -- the vehicle does the vast

230   majority of [inaudible 13:11] and the saving and the [inaudible

231   13:15].

232       SPECIAL AGENT DOUGLAS SMITH:  Well, look, let's use an example

233   Richard -- Richard Branson  doesn't fly his virgin mobile planes.

234   He doesn't necessarily operate his virgin mobile phones and all

235   that kind of stuff.  Like if -- clearly he's got other people

236   that -- that -- that do that stuff and he doesn't have to be the

237   most tech savvy or the best pilot to, you know, to own and

238   operate his businesses.  So, um, no, we -- we totally get that.

239   That makes sense.  If it's -- if it's here and if the data is

240   coming in here, that makes sense to have it here.  I'm assuming

241   it's easier to -- to, you know, upload here, access here.

242       SPECIAL AGENT STEVEN LARSON:  How much storage capacity do

243   you supply SSI?

244       MR. ADAM BALL:  I -- I couldn't tell you.

245       SPECIAL AGENT STEVEN LARSON:  You don't know?  Okay.

246       MR. ADAM BALL:  I don't know what to tell you, but I don't

247   know what the latest acronym is for terabyte or whatever, but I

248   know it's a lot.

249       SPECIAL AGENT STEVEN LARSON:  Okay.  Um, let's see.

For Official Use Only

250         SPECIAL AGENT DOUGLAS SMITH:  While -- while he's looking

251    over some papers there, uh, we actually have some really easy

252    questions that we kind of skipped over.  Um, we -- as -- as the

253    federal government, my last name is Smith right, so no one

254    believes who I am, so we're always trying to make sure we are

255    who we say we are, um, can I confirm or -- or have your, uh,

256    date of birth?

257         MR. ADAM BALL:  Yeah.  It's ███████, 1977.

258         SPECIAL AGENT DOUGLAS SMITH:  Okay.  Um, what's a, uh, um,

259    what's your main residence?

260         MR. ADAM BALL:  █████ --

261         SPECIAL AGENT DOUGLAS SMITH:  Okay.

262         MR. ADAM BALL:  █████ █████, Saginaw, 48609.

263         SPECIAL AGENT DOUGLAS SMITH:  Um, since you had kind of

264    mentioned that you would be the registered agent for Southfield,

265    that -- that would be Southfield's --

266         MR. ADAM BALL:  Um, I think we, uh, in fact I know with

267    National Elevation Certificates we registered them in Wyoming.

268         SPECIAL AGENT DOUGLAS SMITH:  Oh okay.  And then the mail

269    just is forwarded or whatever?

270         MR. ADAM BALL:  We had it processed up there.  The -- the

271    intent was our competitors at the time.  We did not want them to

272    know --

273        SPECIAL AGENT DOUGLAS SMITH:    Mm-hm.

274        MR. ADAM BALL:  -- who we were or what we were involved

275   [inaudible 15:26].  So we registered [inaudible 15:30] to

276   basically, I forget what it is, the actual owner doesn't have

277   to sign the paper.  You can have a registered agent out there do

278   it for you.

279        SPECIAL AGENT DOUGLAS SMITH:  Yeah.

280        MR. ADAM BALL:  So in an attempt to have somewhat a veil to

281   our [inaudible 15:46] once a year, I forget what the name of the

282   corporate or the company is, but they basically send you a

283   letter and say, hey, do you want us to --

284        SPECIAL AGENT STEVEN LARSON:  -- Re --

285        MR. ADAM BALL:  -- refile --

286        SPECIAL AGENT STEVEN LARSON:  -- for the --

287        MR. ADAM BALL:  -- file for the new year annually report

288   for you  or whatever for $100.  So we did that.

289        SPECIAL AGENT DOUGLAS SMITH: So I don't -- I don't

290   practice law in this role, but I did go to law school and so I'm

291   -- I'm totally familiar with, you know, like business and all

292   that.  Like sometimes it's more friendly when incorporate in

293   some state and you do have to have some agent out there, you

294   know, forward things --

295        MR. ADAM BALL:  -- Yeah. --

                                                      For Official Use Only

296      SPECIAL AGENT DOUGLAS SMITH:  -- so yeah.  You know that's

297  -- that's, uh, that's perfectly fine.  What's a, um, um, a good

298  phone number for you too?

299      MR. ADAM BALL:  989 --

300      SPECIAL AGENT DOUGLAS SMITH:  -- Okay. --

301      MR. ADAM BALL:  -- [inaudible 16:30] 4-8-4 --

302      SPECIAL AGENT DOUGLAS SMITH:  -- Okay. --

303      MR. ADAM BALL:  -- 0-3-5-8.

304      SPECIAL AGENT DOUGLAS SMITH:  Uh, is that a cell a home?

305      MR. ADAM BALL:  Yeah, that's this phone right here.

306      SPECIAL AGENT DOUGLAS SMITH:  Okay.  That's uh --

307      SPECIAL AGENT STEVEN LARSON:  -- Okay. --

308      SPECIAL AGENT DOUGLAS SMITH:  -- that's all I had.  If you

309  --

310      SPECIAL AGENT STEVEN LARSON:  -- Okay.  Yeah.  Yeah.  Yeah.

311  --

312      SPECIAL AGENT DOUGLAS SMITH:  -- [inaudible 16:44] --

313      SPECIAL AGENT STEVEN LARSON:  -- Yeah, I just wanted to,

314  uh, again kind of get a better understanding of, um, Southfield

315  IT Group.  You provide SSI most of the storage capability for

316  your mobile surveying --

317      MR. ADAM BALL:  -- [inaudible 17:04] --

318      SPECIAL AGENT STEVEN LARSON:  -- equipment?

319        MR. ADAM BALL:  Yeah.  Yeah.

320        SPECIAL AGENT STEVEN LARSON:  Okay.  Okay, so in addition

321   to SSI, what other clients do you have?

322        MR. ADAM BALL:  Zero.

323        SPECIAL AGENT STEVEN LARSON:  Zero clients other than SSI?

324        MR. ADAM BALL:  Sure.

325        SPECIAL AGENT STEVEN LARSON:  Okay.  Do you know Andrew is

326   it Semenchuk?

327        MR. ADAM BALL:  [NON-VERBAL RESPONSE]

328        SPECIAL AGENT STEVEN LARSON:  Okay.  What -- what is his

329   role in SSI or Southfield IT Group?

330        MR. ADAM BALL:  He was the former owner of SSI.

331        SPECIAL AGENT STEVEN LARSON:  Former owner of SSI.

332        SPECIAL AGENT DOUGLAS SMITH:  Uh, you say -- you say former

333   is that like recent, years ago?

334        MR. ADAM BALL:  December 31 it basically switched.

335        SPECIAL AGENT DOUGLAS SMITH:  Okay.

336        MR. ADAM BALL:  -- Jeff.  Jeff is now the owner.

337        SPECIAL AGENT STEVEN LARSON:  Jeffrey who?

338        MR. ADAM BALL:  Bartlett.

339        SPECIAL AGENT STEVEN LARSON:  Jeff Bartlett now owns SSI?

340        MR. ADAM BALL:  Correct.

                                          For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

341     SPECIAL AGENT STEVEN LARSON:   And again you have no

342  ownership interest in SSI?

343     MR. ADAM BALL:   Correct.

344     SPECIAL AGENT STEVEN LARSON:   Well here's one of the

345  things, Andrew Semenchuk, um, asserted to, um, Michigan, uh, DOT

346  auditors that, um, Southfield IT Group was located in

347  Southfield, Michigan.   Any reason that would have occurred?

348     MR. ADAM BALL:   I -- I think there is one of our -- our IT

349  servers I think is down there somewhere.   I couldn't even tell

350  you where it's at.

351     SPECIAL AGENT STEVEN LARSON:   Okay.   I -- I -- I guess I'm

352  -- I'm -- I'm confused.   You -- you're only the owner -- you're

353  the only employee of Southfield IT Group other than your wife,

354  correct?

355     MR. ADAM BALL:   [NON-VERBAL ANSWER].

356     SPECIAL AGENT STEVEN LARSON:   So would your wife know where

357  this server is in Southfield?

358     MR. ADAM BALL:   No.

359     SPECIAL AGENT STEVEN LARSON:   You -- do you pay any storage

360  fees for this, uh --

361     MR. ADAM BALL:   I think we do have to pay for [inaudible

362  19:36] line or -- or something like that.   I'm not positive

17                                                   For Official Use Only

363    exactly how it works.  We [inaudible 19:40] -- I don't know how

364    it works.

365        SPECIAL AGENT DOUGLAS SMITH:  Does, uh, is -- is that

366    convenient for SSI to be there?  Like we had kind of discussed

367    accessing if they're uploading, downloading whatever  data?

368        MR. ADAM BALL:  Yeah, I'm -- I'm pretty sure.  He's, he's

369    the one who set it up it was a high-speed hub of data transfer

370    of -- of some sort that -- that advocated the stuff to have at

371    the time.  I -- I don't know about the inner workings of it

372    though.  I don't.

373        SPECIAL AGENT DOUGLAS SMITH:  Do, um, if -- if it was

374    [inaudible 20:32] sometimes, is that like some direction you would
       ==have gotten --==

375    same production you would have gotten from either -- either

376    Andrew or -- or Jeff or someone here to say, you know, hey, it

377    would be really cool for you to do this here.  Can -- can you

378    set it up or -- or -- or do you take care of it?  Like how -- is

379    that how it works or how -- I'm -- like I'm assuming if you're

380    in a store to set it up that you'd have to, uh, you'd have to

381    pay for it at least or -- or authorize it or something.  Um, but

382    makes sense too that if SSI is your client decided on the client
       ==that that's kind of what==

383    they want, you're going to try to cater to them.

18                                                    For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

384         MR. ADAM BALL:  Yeah.  I'm -- I'm sure it was something

385    they had asked for. It's been a long [inaudible 21:08], I don't

386    remember exactly how the darn thing even started.

387         SPECIAL AGENT DOUGLAS SMITH:  Okay.

388         SPECIAL AGENT STEVEN LARSON:  I guess is there --

389         SPECIAL AGENT DOUGLAS SMITH:  -- Well, I just going to say

390    while we -- while he was looking over his notes there, do you --
       at this point

391    do you have any questions for us?

392         MR ADAM BALL:  I don't. I don't really.  You know, I'm --

393    I'm assuming this is DOT related.

394         SPECIAL AGENT STEVEN LARSON:  And -- and we're -- we're --

395    we're trying -- I'm -- I'm just trying to wrap my head around,

396    um, Southfield IT Group because I'm going to -- I'm going to be

397    honest with you.  We've -- we've looked at financials.

398         MR. ADAM BALL:  Okay.

399         SPECIAL AGENT STEVEN LARSON:  Okay.

400         SPECIAL AGENT DOUGLAS SMITH:  -- I was going to say he said
       as much when he

401    said he had the, uh, [inaudible 22:11] made, right?

402         MR. ADAM BALL:  Yeah.

403         SPECIAL AGENT DOUGLAS SMITH:  So.

404         SPECIAL AGENT STEVEN LARSON:  So I mean we -- we've --

405    we've -- we're not -- we're not the case agents on this but

                                      For Official Use Only

406  there's an awful lot of information that has been compiled prior

407  to our arrival today.

408      MR. ADAM BALL:  I'm sure.  Okay.

409      SPECIAL AGENT STEVEN LARSON:  And -- and Adam I'm -- I'm

410  going to just shoot straight with you.  Like -- like -- like --

411  like I said in the beginning I was going to -- I mean I -- it --

412  it looks to me like Southfield IT Group is nothing more than --

413  than a shell company.  Would -- would you concur with that?

414      MR. ADAM BALL:  Probably.  Yeah.

415      SPECIAL AGENT STEVEN LARSON:  You -- you said probably.

416  Could -- you're in -- you're in agreement, correct?

417      MR. ADAM BALL:  I would have to be, yeah.

418      SPECIAL AGENT STEVEN LARSON:  Okay.  All right.  That's --

419  that's one hurdle we had to -- we had to clear, and we've

420  cleared it.  Okay.  So I guess let's -- let's just jump right

421  into why was the shell company established?

422      MR. ADAM BALL:  I -- I mean are we -- are we getting into

423  an area where I don't know -- I don't know.  I mean I --

424      SPECIAL AGENT STEVEN LARSON:  -- Let -- let -- again let's

425  -- let's -- let's -- let's continue, why -- why was Southfield

426  IT Group established?  It's obvious, I mean based on what you've

427  told us, that you don't have much of an IT background and you've

428   told me the only two employees are you and your wife and that

429   your only clients are SSI.

430       MR. ADAM BALL:  Yeah.  Yeah.

431       SPECIAL AGENT STEVEN LARSON:  So let's -- let's -- let's

432   finish the explanation here.  Why was it set up?  Who decided to

433   set it up?  Who was involved?  Etc.  Etc.

434       MR. ADAM BALL:  I -- I don't even know if I can get into

435   that.

436       SPECIAL AGENT DOUGLAS SMITH:  Let me -- let me -- let me

437   ask you kind of a preceding question about that, um, and -- and

438   we can see it's tough.  This is -- this is not -- like we've

439   kind of discussed briefly while -- while we were setting things up

440   in the room here that, uh, you know, not a normal day.  Not an

441   easy thing to go through.  Um, because you're not used to

442   someone showing up and asking you these kinds of things.  We did

443   say thought that we -- we assumed you would have questions and we
      ==had==

444   questions, so as -- as -- as we go down that path, is there

445   anything we can answer that would -- that would, uh, that would

446   help you?  I mean if you're giving us information that's helping

447   us, is there anything we can do to help you get through that?

448       SPECIAL AGENT STEVEN LARSON:  I mean you -- it -- Adam,

449   you've -- you've -- you've been -- so far you've been -- you've

450   been nothing but -- but forthright with -- with us from what I

451 can tell.  I mean you've admitted that the -- that Southfield IT

452 Group is a shell company.  What we need to know now is why?  Why

453 was it set up as a shell company?  Who was involved in that

454 decision making process?  Let's -- let's -- let's finish the --

455 the explanation.

456        MR. ADAM BALL:  I think the [inaudible 26:02].

457        SPECIAL AGENT DOUGLAS SMITH:  Well and --

458        SPECIAL AGENT STEVEN LARSON:  -- You --

459        SPECIAL AGENT DOUGLAS SMITH:  -- We -- well again

460 We kind of covered when we asked if you

461 wanted to have anyone else present like an attorney or

462 something, that would be up to you, and you can discontinue

463 questioning at any time.  Is -- would -- would having an

464 attorney help you answer the questions or -- or is there -- or

465 do you think there -- if -- if we're wading in the waters that

466 you don't want to answer without counsel, is there -- is there

467 another way -- like I said another way we can go?  Another way

468 we ask you?  Is there something else that -- that, uh, that we

469 can do so it's -- it's, uh, more comfortable for you to keep

470 going?

471        MR. ADAM BALL:  I don't know.  I've never -- I've never

472 been in on of these situations [inaudible 26:59].

                                         For Official Use Only

473      SPECIAL AGENT DOUGLAS SMITH:  So -- well let me ask you a -

474  - a little bit different question then.  So we talked to you.

475  You mentioned Jeff Bartlett.  You mentioned Andrew Semenchuk.

476  Is there -- is there someone else we should talk to?

477      MR. ADAM BALL:  No.

478      SPECIAL AGENT DOUGLAS SMITH:  Okay.

479      SPECIAL AGENT STEVEN LARSON:  What -- what -- what's your -

480  - let's ask some more background questions.  Let's just kind of

481  just take a -- take a deep breath here.  What is your

482  compensation here at SSI on an annual basis?

483      MR. ADAM BALL:  It varies each year but --

484      SPECIAL AGENT STEVEN LARSON:  How long have you been here?

485      MR. ADAM BALL:  10 years.

486      SPECIAL AGENT STEVEN LARSON:  10 years.  Okay.  What was it

487  last year?

488      MR. ADAM BALL:  Um, I -- I couldn't even tell you but

489  probably 300,000.

490      SPECIAL AGENT STEVEN LARSON:  Three hundred thousand.

491  Okay.  I'm not going to hold you to the penny.  Okay.  But you

492  think that's a --

493      MR. ADAM BALL:   That's close.  Yeah.

494      SPECIAL AGENT STEVEN LARSON:  So I -- I mean -- come on, I

495  mean I -- we all know ballpark what we make.  Do I want this --

496   again, I'm not going to hold you to the penny, but -- but I want

497   a -- a honest answer.

498          MR. ADAM BALL:  Yeah.

499          SPECIAL AGENT STEVEN LARSON:  All right.  So last year

500   2018, your salary was?

501          MR. ADAM BALL:  Close to 300,000.

502          SPECIAL AGENT STEVEN LARSON:  Close to 300,000 from SSI?

503          MR. ADAM BALL:  Correct.

504          SPECIAL AGENT STEVEN LARSON:  Okay.  But we've learned that

505   you also control Southfield IT Group.  Any money from may --

506   made from Southfield IT Group?  How much in 2018?

507          MR. ADAM BALL:  1.5 million.

508          SPECIAL AGENT STEVEN LARSON:  1.5 million.  So SSI, your

509   sole customer paid Southfield IT group north of 1.5 million I'm

510   assuming for -- for services.

511          MR. ADAM BALL:  [inaudible 29:03]

512          SPECIAL AGENT STEVEN LARSON:  And -- and -- and then you

513   took a salary of about 1.5 million for 2018.

514          MR. ADAM BALL:  That sounds about right.

515          SPECIAL AGENT STEVEN LARSON:  Sounds about right.  Okay.

516   All right.  Okay, uh, what about your wife?  She works for

517   Southfield IT Group, what did she make in 2018?

                                              For Official Use Only

518      MR. ADAM BALL:  Give them whatever proportion that she

519   owns.

520      SPECIAL AGENT STEVEN LARSON:  What proportion of --

521      MR. ADAM BALL:  -- [inaudible 29:30] 80/20.

522      SPECIAL AGENT STEVEN LARSON:  80/20.  So help me out with

523   the math there.  That'd be like $300,000?

524      SPECIAL AGENT DOUGLAS SMITH:  Is that a quarter million

525   [inaudible 29:39]?

526      MR. ADAM BALL:  I -- I don't know.  Yeah.

527      SPECIAL AGENT DOUGLAS SMITH:  Okay.

528      MR. ADAM BALL:  And I -- to be honest mine could have been

529   1.3 and hers 200.  I -- I -- I don't remember.  I mean --

530      SPECIAL AGENT STEVEN LARSON:  -- But -- but she --

531      MR. ADAM BALL:  -- [inaudible 29:49] --

532      SPECIAL AGENT STEVEN LARSON:  -- she -- she probably --

533   200,000ish probably.  Okay.  Now that --

534      MR. ADAM BALL:  -- And do you -- you -- you probably have

535   the numbers.  I'm -- I mean we filed taxes.  I'm -- I'm sure

536   you've got the numbers.

537      SPECIAL AGENT STEVEN LARSON:  Um, actually I -- I don't.

538   Okay.  I -- I don't.  I have numbers for some things.  This is

539   just a -- again let's just take a breath and get some

                                              For Official Use Only

540   background, okay.  So -- so your wife, I'm -- I'm guessing

541   that's her only source of employment?

542          MR. ADAM BALL:  No.

543          SPECIAL AGENT STEVEN LARSON:  What else does -- does your

544   wife do?

545          MR. ADAM BALL:  She's a school teacher.

546          SPECIAL AGENT STEVEN LARSON:  School teacher.  Is she a

547   full time school teacher?

548          MR. ADAM BALL:  Yeah.

549          SPECIAL AGENT STEVEN LARSON:  Okay.  Um, so she has income

550   coming in from her position with -- what school does she work

551   for?

552          MR. ADAM BALL:  Swan Valley.

553          SPECIAL AGENT STEVEN LARSON:  Swan Valley okay.  All right.

554   I live down that way.  I'm in Freeland.

555          MR. ADAM BALL:  Okay.

556          SPECIAL AGENT STEVEN LARSON:  Yeah.  A Falcon versus a

557   Viking, right?

558          MR. ADAM BALL:  Yeah.

559          SPECIAL AGENT STEVEN LARSON:  Is that it?  All right.  All

560   right.  Um --

561          SPECIAL AGENT DOUGLAS SMITH:  -- What age?  Just curious.

562          MR. ADAM BALL:  High school.

                                                  For Official Use Only

563        SPECIAL AGENT DOUGLAS SMITH:  High school.

564        SPECIAL AGENT STEVEN LARSON:  High school, okay.  Uh, does

565   she -- does she have any other duties, uh, in her teaching.  Is

566   she a --

567        MR. ADAM BALL:   Student counsel, but --

568        SPECIAL AGENT STEVEN LARSON:   Student counsel, okay.

569   Anything else?  [inaudible 31:05] teacher's name?  A lot of them

570   are like coaching, um --

571        MR. ADAM BALL:  She coached for 10 years.

572        SPECIAL AGENT STEVEN LARSON:  Coached for 10 years.  When

573   did she give that up?

574        MR. ADAM BALL:  Five years ago.

575        SPECIAL AGENT STEVEN LARSON:  Okay, so --

576        MR. ADAM BALL:  [inaudible 31:15]

577        SPECIAL AGENT STEVEN LARSON:  Okay.  All right.  And again

578   that's a full-time teaching job, right?

579        MR. ADAM BALL:  [inaudible 31:24].

580        SPECIAL AGENT STEVEN LARSON:  So she -- what are her hours?

581   She probably has to show up at school what?

582        MR. ADAM BALL:  7:30 to 2:30 maybe.

583        SPECIAL AGENT STEVEN LARSON:  7:30 to 2:30.  Okay.  Does

584   she have summers off?

585        MR. ADAM BALL:  Yeah.

Witness Statement of Adam Ball
July 24 and 25, 2019

586    SPECIAL AGENT STEVEN LARSON:  Okay.  All right.  So that

587  was 2018.  Let's go back another -- let's go back 2017.  What --

588  what did you make?  Again, Adam I just want a -- I just want

589  ballpark?

590    MR. ADAM BALL:  I'm -- I'm guessing similar.

591    SPECIAL AGENT STEVEN LARSON:  Similar.  So around 300,000

592  from SSI and 1.5 million thereabout from Southfield IT Group.

593  And same with your wife Sarah?

594    MR. ADAM BALL:  Again I -- two years ago I -- I can't -- I

595  can't remember.  I mean that's -- it would have been 80/20 or

596  whatever Southfield IT Group would have brought in.

597    SPECIAL AGENT STEVEN LARSON:  Okay.  She's 20% owner.

598  You're 80% owner.

599    MR. ADAM BALL:  I think.

600    SPECIAL AGENT STEVEN LARSON:  You think?

601    MR. ADAM BALL:  It might be 85/15.  I -- I can't remember

602  how it was set up.

603    SPECIAL AGENT STEVEN LARSON:  Okay.  Do you have an

604  accountant?

605    MR. ADAM BALL:  Um, Nas [phonetic 32:42] Foulds & Co.

606    SPECIAL AGENT STEVEN LARSON:  Nasfolds?  Uh, is that the

607  name of the company or --

                                    For Official Use Only

608      MR. ADAM BALL:  -- Nas Foulds & Company company.

609  [inaudible 32:53] Saginaw.

610      SPECIAL AGENT STEVEN LARSON:  Saginaw.

611      SPECIAL AGENT DOUGLAS SMITH:  I'm -- I'm not personally

612  familiar with that F-O-L-D-S.

613      MR. ADAM BALL:  Uh, F-O-L-D-S.

614      SPECIAL AGENT DOUGLAS SMITH:  Oh okay.

615      SPECIAL AGENT STEVEN LARSON:  That's the only accountant

616  that -- that you've worked with?  What about for, uh, Southfield

617  IT Group?

618      MR. ADAM BALL:  The same thing.  I guess [inaudible 33:19]

619  --

620      SPECIAL AGENT STEVEN LARSON:  -- Okay. --

621      MR. ADAM BALL:  -- if that's what you're asking.

622      SPECIAL AGENT STEVEN LARSON:  Oh okay.  Okay.  Okay.  Folds

623  Foulds & Company.  Okay.  All right.  All right.  Um, who's

624  SSI's accountant?

625      MR. ADAM BALL:  The same.

626      SPECIAL AGENT STEVEN LARSON:  It's the same.  Okay.  Did --

627  did they help you set up the Southfield IT Group?

628      MR. ADAM BALL:  I think so.  I can't remember exactly but

629  I'm pretty sure.

                                      For Official Use Only

630     SPECIAL AGENT STEVEN LARSON:  As far as the -- now when I

631 say Southfield IT Group does go back to the National --

632     MR. ADAM BALL:  -- National Elevation Certificates --

633     SPECIAL AGENT STEVEN LARSON:  Certificates.  So they --

634 they helped form that company --

635     MR. ADAM BALL:  I think so.  I mean [inaudible 34:06]

636 setting those things up.  It's -- it's usually a phone call or

637 something like that that says, hey, [inaudible 34:13].

638     SPECIAL AGENT STEVEN LARSON:  Okay.

639     MR. ADAM BALL:  [Inaudible 34:16].

640     SPECIAL AGENT STEVEN LARSON:  So -- so then was it -- was

641 it -- the -- the accountant whose idea was to set up Southfield

642 IT Group and the -- like I said -- like we've established it's

643 basically a shell company?

644     MR. ADAM BALL:  We're coming back to that same question.

645     SPECIAL AGENT STEVEN LARSON:  Back to that same question

646 that you're uncomfortable answering?

647     MR. ADAM BALL:  Yeah.

648     SPECIAL AGENT STEVEN LARSON:  What does -- what does yeah

649 mean?  That you're not going to answer the question or we're

650 just apprehensive and we're going to do some back and forth and

651 --

652     MR. ADAM BALL:  -- I don't know.  [inaudible 35:09].

                                      For Official Use Only

653        SPECIAL AGENT DOUGLAS SMITH:  Okay.  We -- we wish things

654   would happen [inaudible 35:18].

655        SPECIAL AGENT STEVEN LARSON:  Yeah.

656        SPECIAL AGENT DOUGLAS SMITH:  Uh.

657        SPECIAL AGENT STEVEN LARSON:  Okay.  So if we were to, um,

658   continue down the road of your annual income for the last

659   several years you're going to -- I don't want to put words in

660   your mouth, but you're going to -- you're going to tell me if I

661   go 2016 you don't remember.  Similar to what it was this year.

662        MR. ADAM BALL:  And I'm not doing that on purpose.

663        SPECIAL AGENT STEVEN LARSON:  Mm-hm.

664        MR. ADAM BALL:  Honestly, I can -- I can't hardly tell you

665   what I make today [inaudible 35:53].

666        SPECIAL AGENT STEVEN LARSON:  How is that possible though?

667        MR. ADAM BALL:  It's just such a volatile [inaudible

668   35:58].

669        SPECIAL AGENT STEVEN LARSON:  Volatile?  Well I mean I -- I

670   don't want to get argumentative here, but the last couple of

671   years you told me, um, it's been pretty consistent.

672   Consistently high.  I mean that's --

673        MR. ADAM BALL:  I -- I don't remember '17.

674        SPECIAL AGENT STEVEN LARSON:  Mm-hm.

                                                      For Official Use Only

675     MR. ADAM BALL:  I mean [inaudible 36:18] exactly '17, but

676  it's all based on, you know, performance-based bonuses, and all

677  of that other stuff, so till the end of the year hits you -- you

678  don't know how you're going to be rewarded or not.

679     SPECIAL AGENT STEVEN LARSON:  Well, you have an idea.  It

680  sounds like the majority of your income is coming from

681  Southfield IT Group.

682     MR. ADAM BALL:  Correct.

683     SPECIAL AGENT STEVEN LARSON:  So you know how that's

684  handling, right?  Or how do you decide what to pay yourself

685  through Southfield IT Group?  Who makes that decision?

686     MR. ADAM BALL:  I mean you talk to the accountants

687  basically but every year you -- essentially you don't know

688  [inaudible 36:56] comes in.

689     SPECIAL AGENT STEVEN LARSON:  Huh-uh.

690     MR. ADAM BALL:  [inaudible 37:03]

691     SPECIAL AGENT STEVEN LARSON:  Does -- does Southfield IT

692  Group -- you've only got two employees, so money should only be

693  going to you and Sarah correct?  There's been no disbursements

694  to anyone else through Southfield IT Group?

695     MR. ADAM BALL:  No.

696     SPECIAL AGENT DOUGLAS SMITH:  Well other -- other than your

697  expenses like to say if you're setting something up or.

                                    For Official Use Only

698        SPECIAL AGENT STEVEN LARSON:  You've never disbursed any

699   money to -is it Tara or Tera Semenchuk?

700        MR. ADAM BALL:  I think it was a loan given to here at one

701   time.

702        SPECIAL AGENT STEVEN LARSON:  A loan.  For how much?

703        MR. ADAM BALL:  [inaudible 38:00].

704        SPECIAL AGENT STEVEN LARSON:  But it's your company.

705        MR. ADAM BALL:  Yep.  It is.

706        SPECIAL AGENT STEVEN LARSON:  Who decided to make her the

707   loan?  Or give her the loan?

708        MR. ADAM BALL:  I guess ultimately it falls on me.

709        SPECIAL AGENT STEVEN LARSON:  Ultimately it falls on you

710   but practically were other people involved in the decision

711   making for Southfield IT Group, SSI when it comes to who's

712   getting what?

713        SPECIAL AGENT DOUGLAS SMITH:  Maybe another way of thinking

714   of it is it's not uncommon for a company to have only one client

715   or just for that -- for that reason that purpose and kind of

716   like we discussed earlier, if you only have one client or a

717   small amount of clients, you kind of want to be responsive to

718   their needs.  If there's a need to from your client, you know,

719   disburse a loan, set up a server whatever, that's -- there's --

720   there's nothing illegal about that.

                                        For Official Use Only

721     MR. ADAM BALL:  [Inaudible 39:22].

722     SPECIAL AGENT STEVEN LARSON:  Okay.  Um, let's -- we seem

723 to be hung up on you providing answers as to why the Southfield

724 IT Group, i.e., the -- the shell company was formed and who was

725 behind all of that.  So let's again we'll -- we'll -- we'll

726 shift gears, um, and just cover some -- some simple -- maybe

727 some more topics.  Um, your wife Sarah's, uh, timesheets, um,

728 who would have signed those?

729     MR. ADAM BALL:  Sarah does.

730     SPECIAL AGENT STEVEN LARSON:  Sarah signed her own

731 timesheets?

732     MR. ADAM BALL:  I think so.

733     SPECIAL AGENT STEVEN LARSON:  Okay.  Does -- does she have

734 like regular work hours?

735     MR. ADAM BALL:  No.

736     SPECIAL AGENT STEVEN LARSON:  No.  How -- how, uh, how many

737 hours a week would you say Sarah works for, um, Southfield IT?

738     MR. ADAM BALL:  Zero for Southfield IT now.

739     SPECIAL AGENT STEVEN LARSON:  She works zero hours for

740 Southfield IT Group.  Then what justifies her compensation?

741     MR. ADAM BALL:  [inaudible 41:47].

34                                          For Official Use Only

742          SPECIAL AGENT STEVEN LARSON:  You're part owners of it

743     together.  That's the sole justification for her -- her

744     receiving a paycheck?

745          MR. ADAM BALL:  We're spouses, I mean -

746          SPECIAL AGENT STEVEN LARSON:  Okay.

747          MR. ADAM BALL:  I -- I think by -- by law [inaudible 42:04]

748     I'm pretty sure it has to be -- I know this kind of -- of an

749     accounting question, but I'm pretty sure it has to be disbursed

750     in proportion to your ownership.

751          SPECIAL AGENT DOUGLAS SMITH:  It would -- it would depend

752     on the Articles Incorporation probably.  Uh, there's probably some
        rule in there

753     that -- that -- and -- and it may be very standard biolerplates

754     from your accounting firm or whatever, but, uh, yeah,

755     usually it's -- it's disbursed based upon, uh, uh, your

756     ownership percentage. And again, that's because of whatever

757     [inaudible 42:29] was put into the company [inaudible 42:30] or

758     something along those lines.  Um, the, uh, so I -- I just have a

759     question about this.  So she -- as in -- so she was doing

760     timesheets and -- and I'm just not familiar with this part of

761     it.  She was doing timesheets even though she was an owner with

762     them?

763          MR. ADAM BALL:  [inaudible 42:56].

                                                                 For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

764        SPECIAL AGENT DOUGLAS SMITH:  I missed something then

765   because I thought I -- I thought I heard you say she signed the

766   -- she signed the timesheets.

767        MR. ADAM BALL:  She was [inaudible 43:05] --

768        SPECIAL AGENT DOUGLAS SMITH:  -- Oh.  So those were -- when

769   -- so when she signs timesheets, you're saying the timesheets

770   that were for SSI, not for Southfield?

771        SPECIAL AGENT STEVEN LARSON:  Oh, oh Sarah works for SSI?

772   What does she do for SSI?

773        MR. ADAM BALL:  Have a few titles, administrative assistant

774   or something like that.

775        SPECIAL AGENT STEVEN LARSON:  Administrative assistant.

776   Does she come -- does she have an office?

777        MR. ADAM BALL:  [NON-VERBAL RESPONSE].

778        SPECIAL AGENT STEVEN LARSON:  Does she have an email

779   address?

780        MR. ADAM BALL:  No.

781        SPECIAL AGENT STEVEN LARSON:  No.  No SSI email address?

782        MR. ADAM BALL:  [NO VERBAL RESPONSE].

783        SPECIAL AGENT STEVEN LARSON:  Who do -- who is she the

784   administrative assistant for?

785        MR. ADAM BALL:  Probably me more than anybody.

                                                          For Official Use Only

786    SPECIAL AGENT STEVEN LARSON:  Probably you more than

787  anybody.  What kind of work do you give her?  You're shaking

788  your head no.  Does that mean like -- I mean be honest with me.

789  You don't give her any work, correct?

790    MR. ADAM BALL:  I don't [inaudible 44:05].

791    SPECIAL AGENT STEVEN LARSON:  Say that again.

792    MR. ADAM BALL:  I don't give her any work.

793    SPECIAL AGENT STEVEN LARSON:  You don't give her any work.

794    MR. ADAM BALL:  I'm assuming this is for [inaudible 44:12].

795    SPECIAL AGENT STEVEN LARSON:  Um, you don't give her any

796  work.  Okay.

797    MR. ADAM BALL:  [inaudible 44:20] still being recorded?

798    SPECIAL AGENT STEVEN LARSON:  Is it being recorded?  Yes.

799  Um, so she doesn't have any work, yet she's pulling down a

800  paycheck.  Not from SSI.

801    MR. ADAM BALL:  [inaudible 44:57].

802    SPECIAL AGENT STEVEN LARSON:  Well is she -- she's -- she's

803  making money for -- I -- I don't think -- I don't think we have

804  information that she's -- she's getting a paycheck from SSI.

805  It's all coming from Southfield IT Group.

806    MR. ADAM BALL:  She does get a check from SSI.

807    SPECIAL AGENT STEVEN LARSON:  Oh she does get a check from

808  SSI.

                                          For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

809     SPECIAL AGENT DOUGLAS SMITH:  I was just trying to clarify,

810  you said the timesheets for her -- we -- we told you we had

811  questions because we don't know the answers okay.  Um, the time

812  -- you said the timesheets were from SSI, um --

813     SPECIAL AGENT STEVEN LARSON:  -- Is this SSI or Southfield

814  IT Group?  Okay.

815     SPECIAL AGENT DOUGLAS SMITH:  Because if it's Southfield

816  ownership interest.. the 20 percent or the 15 or whatever.

817     SPECIAL AGENT STEVEN LARSON:  All right.  Do you know who

818  signed the checks written to Sarah here?  Um, or I -- I guess --

819  again we're not the case agents, but it says who signed the

820  checks written to Sarah on the endorsements.  The last name is

821  written out.  Do you see these?  I'll just let you take a look

822  at those -- those checks.

823     MR. ADAM BALL:  [inaudible 46:30].

824     SPECIAL AGENT STEVEN LARSON:  Yep.  Who -- who's -- who's

825  that?

826     MR. ADAM BALL:  C o u r t n e y .

827     SPECIAL AGENT STEVEN LARSON:  Okay.  And then on the

828  endorsement line that looks like to me --

829     MR. ADAM BALL:   Yeah.

830     SPECIAL AGENT STEVEN LARSON:  -- Sarah's name.

831     MR. ADAM BALL:  Yeah.

                                          For Official Use Only

832          SPECIAL AGENT STEVEN LARSON:  And then who's under that?

833          MR. ADAM BALL:  That's me.

834          SPECIAL AGENT STEVEN LARSON:  That -- that's you?

835          MR. ADAM BALL:  That's my signature.

836          SPECIAL AGENT STEVEN LARSON:  Okay.  Take a look at -- at

837   all of them there.  I think --

838          MR. ADAM BALL:  Yeah.

839          SPECIAL AGENT STEVEN LARSON:  Okay.  So on -- on these

840   checks written to Sarah and this -- these -- this is from

841   Southfield IT Group, so Courtney -- who's Courtney?

842          MR. ADAM BALL:  That my office manager.

843          SPECIAL AGENT STEVEN LARSON:  Office manager.  So she's --

844   she's -- the SSI office manager?  She's -- she's writing checks

845   for Southfield IT Group?

846          MR. ADAM BALL:  [NON-VERBAL RESPONSE].

847          SPECIAL AGENT STEVEN LARSON:  Under who's direction?

848          MR. ADAM BALL:  Mine I guess.  Mine.

849          SPECIAL AGENT STEVEN LARSON:  Yours you guess.  Or I mean

850   are -- are there other people making -- are you working in

851   cooperation with other people?

852          MR. ADAM BALL:  [NO VERBAL RESPONSE].

                                    For Official Use Only

853   SPECIAL AGENT STEVEN LARSON:  Are -- are you sitting down

854   at the table with -- with Jeff?  With Brian?  And -- and others

855   from SSI to make the decision?

856       MR. ADAM BALL:  I would say yes.  And there's -- I think

857   we've got as close of work relationship [inaudible 48:15] yes.

858       SPECIAL AGENT STEVEN LARSON:  So Jeff Bartlett.  Brian

859   Bartlett.  Yourself and who else?

860       MR. ADAM BALL:  At the time it would have been probably

861   Andy.

862       SPECIAL AGENT STEVEN LARSON:  Andy?

863       MR. ADAM BALL:  Semenchuk.

864       SPECIAL AGENT STEVEN LARSON:  Semenchuk.  Okay.  Anybody

865   else?

866       MR. ADAM BALL:  Um, Tony Thelen.

867       SPECIAL AGENT STEVEN LARSON:  Tony Thelen?  Anybody else?

868       MR. ADAM BALL:  No.

869       SPECIAL AGENT STEVEN LARSON:  Okay.  So -- so the -- what

870   the -- you, Brian, Jeff, Andy, Tony Thelen.  There's five of you

871   or six?  Or did -- I'm missing one?

872       MR. ADAM BALL:  Five.

873       SPECIAL AGENT STEVEN LARSON:  Five.  Five.  Okay.  So the

874   five of you were making decisions on disbursing funds for both

875   SSI as well as Southfield IT Group?

876        MR. ADAM BALL:  I would -- I would say yes.  [inaudible

877    49:28].

878        SPECIAL AGENT STEVEN LARSON:  Yes.  Okay.

879        MR. ADAM BALL:  When you're doing business, you know, when

880    your negotiations and everything else, so.

881        SPECIAL AGENT STEVEN LARSON:  So the -- so the five of you

882    sit down and decided how the -- how the funds are -- are going

883    to be disbursed?  Who's making what?  That sort of thing?

884        SPECIAL AGENT DOUGLAS SMITH:  For -- for example, going

885    back to the -- the loan to Tara, that we had mentioned, it is --

886    it is fair to say that among that group of the five of you,

887    that's how that decision came?

888        MR. ADAM BALL:  [inaudible 50:16].

889        SPECIAL AGENT DOUGLAS SMITH:  Okay.

890        MR. ADAM BALL:  And their accountants had a lot to do with

891    us getting paid you know.  First tax – taxes, you know,

892    LLC's, you can save some money versus who's in the company and,

893    um, I don't know.

894        SPECIAL AGENT DOUGLAS SMITH:  When -- when you say

895    accounting, uh, that's the foulds?

896        MR. ADAM BALL:  Yeah.

897        SPECIAL AGENT DOUGLAS SMITH:  Okay.  Do -- does anyone from

898    -- I know you said they kind of help you with the numbers and

899  figure out, you know, the best business interest, you know, LLC

900  versus incorporated or all those kinds of things, um, do -- do

901  any of them, um, uh, take part in -- to determine, you know,

902  negotiations of business?

903      MR. ADAM BALL:  I don't -- I don't think so.  I mean --

904      SPECIAL AGENT DOUGLAS SMITH:  I mean I know that you said

905  they kind of advised you like how -- how the finances, uh,

906  should look and how to prepare the taxes, you know, for tax

907  purposes.  Um, what, you know, what accounts to -- to use to

908  make sure you're following the law and things like that, um, and

909  -- and that -- that makes -- that makes perfect sense, um, but

910  and then that's what I was trying to draw a line between whether

911  -- whether they actually had any say in the business people

912  that advise that.

913      MR. ADAM BALL:  I would say -- I mean, Foulds i

914  kind of more of an advisory.  They -- they ultimately obviously

915  don't have any decision on the ultimate check that's written or

916  whatever, but they do weigh in on, you know, how to not cheat

917  the system.  IRS wise or anything like that, but hey, this is --

918  this is how the rules are written.  This is the -- the best way

919  of capitalizing a couple extra percent if you're -- you're

920  organizing as a LLC versus a C Corp. like that.

                                                     For Official Use Only

921     SPECIAL AGENT DOUGLAS SMITH:  That makes sense for

922 accounting.  Um, you -- I think I wrote it down because I hadn't

923 -- hadn't heard the term like [inaudible 52:33] account.  Um,

924 yeah, they -- they would probably advise you to do that right?

925     MR. ADAM BALL:  Yeah.

926     SPECIAL AGENT DOUGLAS SMITH:  Like which account to -- to

927 make sure was -- was where.  I mean [inaudible 52:42] that's

928 what we all do right?  I mean, you get a deadline and you max out
your

929 -- your 401K or IRA or whatever right.

930     MR. ADAM BALL:  Right.

931     SPECIAL AGENT DOUGLAS SMITH:  Okay.

932     SPECIAL AGENT STEVEN LARSON:  Okay.  And I'm -- I'm

933 bouncing around a bit, but I just want to get clarification on,

934 uh, Tara or Tara Semenchuk.

935     MR. ADAM BALL:  It's Tara.

936     SPECIAL AGENT STEVEN LARSON:  Tara.  Um, money was paid to

937 -- to her but $700,000 and it was a loan you said, is that

938 correct?

939     MR. ADAM BALL:  Yeah.  It was a loan.

940     SPECIAL AGENT STEVEN LARSON:  Okay.  And is she paying back

941 that loan?

942     MR. ADAM BALL:  I'm pretty sure gradually, yeah.

943    SPECIAL AGENT STEVEN LARSON:  Gradually, yeah.  What are

944  her loan payments?  What's the loan agreement?

945    MR. ADAM BALL:  I forget exactly what it is, but I'm pretty

946  sure it was paying interest only or something like that.

947    SPECIAL AGENT STEVEN LARSON:  Interest only?  So principle

948  would never have to be repaid?

949    MR. ADAM BALL:  At -- at some point it would be I'm

950  thinking.

951    SPECIAL AGENT STEVEN LARSON:  You're -- you're thinking.

952  Any -- any loan agreement written on -- on that?  Would there be

953  written documentation?

954    MR. ADAM BALL:  I think probably.

955    SPECIAL AGENT STEVEN LARSON:  Who would have that do you

956  think?

957    MR. ADAM BALL:  Courtney probably would.

958    SPECIAL AGENT STEVEN LARSON:  Courtney.  Okay, so might

959  have some -- some paperwork on that loan?  Okay, um,

960    SPECIAL AGENT DOUGLAS SMITH:  -- Uh --

961    SPECIAL AGENT STEVEN LARSON:  -- and you I'm -- I'm sorry.

962  Go ahead.

963    SPECIAL AGENT DOUGLAS SMITH:  I was going to say not -- I

964  was just going to clarify not Foulds, uh, not [inaudible 54:25]

965  they would have necessarily paperwork or --

966      MR. ADAM BALL:  I don't think they would.

967      SPECIAL AGENT DOUGLAS SMITH:  Okay.

968      SPECIAL AGENT STEVEN LARSON:  Okay.  And then just to kind

969 of clarify what -- what you said so far, um, regarding why

970 checks were cut from Southfield IT Group to Sarah, um, instead

971 of just yourself, um, it was because Sarah owns a percentage of

972 Southfield IT Group?

973      MR. ADAM BALL:  I'm pretty sure [inaudible 55:05] told us

974 that.

975      SPECIAL AGENT STEVEN LARSON:  Rather than write everything

976 to yourself you should --

977      MR. ADAM BALL:  -- [inaudible 55:08]to the --

978      SPECIAL AGENT STEVEN LARSON:  -- to the ownership --

979      MR. ADAM BALL:  -- ownership --

980      SPECIAL AGENT STEVEN LARSON:  -- interest.

981      MR. ADAM BALL:  Yeah.  [inaudible 55:15] a whole nother LLC

982  Was set up percentage wise.

983      SPECIAL AGENT STEVEN LARSON:  Okay.  So -- so that's why

984 Sarah got money from Southfield IT Group despite not doing any

985 work?

986      MR. ADAM BALL:  Correct.

987      SPECIAL AGENT STEVEN LARSON:  Okay.  [CELL PHONE RINGING]

988 Um, yeah, we're just going to have to let that ring, if you

989    don't mind.  Thank you.  Um, and then Sarah works here although

990    she doesn't do anything, correct.

991        MR. ADAM BALL:  Correct.

992        SPECIAL AGENT STEVEN LARSON:  Okay.  Okay.  Um, because a -

993    - a - again we're not as intimately I guess knowledgeable about

994    all the inner workings and then what statements have --

995    documents have been reviewed.  What -- what has not been at this

996    point.  But it's my understanding that SSI -- now we're talking

997    Survey Solutions Inc., um, claimed Sarah worked, uh, 1232 hours

998    in 2017.  Okay.  But she's also a full-time teacher, correct?

999        MR. ADAM BALL:  [NO VERBAL RESPONSE].

1000       SPECIAL AGENT STEVEN LARSON:  Okay.  She received pay of

1001   $35,748 from SSI in 2017 and she was bonused $83,000 from SSI in

1002   2017.  You want to see the -- that pay work or are you good with

1003   it?

1004       MR. ADAM BALL:  That sounds about right.

1005       SPECIAL AGENT STEVEN LARSON:  Sounds about right.  Okay.

1006   Explain that?  You can't explain it?

1007       MR. ADAM BALL:  No.

1008       SPECIAL AGENT STEVEN LARSON:  Okay.  It - Adam, do any of

1009   the other spouses in the group of five, you mentioned [CELL

1010   PHONE RINGING] yourself, Jeffrey Bartlett, Brain Bartlett, um,
       Andy

1011   Semenchuk and then the Thelen.  What was his name?  The, um --

1012      MR. ADAM BALL:  -- Tony.

1013      SPECIAL AGENT STEVEN LARSON:  Tony.  Tony.  Anthony Thelen.

1014 Are they involved?

1015      MR. ADAM BALL:  With what?

1016      SPECIAL AGENT STEVEN LARSON:  Receiving checks?  Receiving

1017 an income from either SSI or Southfield IT Group?

1018      MR. ADAM BALL:  We're talking spouses you said?

1019      SPECIAL AGENT STEVEN LARSON:  Yeah.

1020      MR. ADAM BALL:  Yes.

1021      SPECIAL AGENT STEVEN LARSON:  Okay.  What -- what's your

1022 knowledge of -- of the other spouses involvement in SSI?  And

1023 I've got to believe you know the answer to this.

1024      MR. ADAM BALL:  I would say probably somewhere similar as

1025 Sarah.

1026      SPECIAL AGENT STEVEN LARSON:  Similar as Sarah, so

1027 basically on paper only.  They're not doing any work?

1028      MR. ADAM BALL:  I'm not going to say that out of my mouth,

1029 but I don't know.  I don't -- I really don't know what they do,

1030 um, outside these walls, I don't know.

1031      SPECIAL AGENT STEVEN LARSON:  Have you seen them show up

1032 for work here?

1033      MR. ADAM BALL:  No.

                                        For Official Use Only

1034        SPECIAL AGENT STEVEN LARSON:  You've never seen them at --

1035   at this office showing up for work, any of the spouses?

1036        MR. ADAM BALL:  [NON-VERBAL RESPONSE].

1037        SPECIAL AGENT STEVEN LARSON:  Okay.

1038        SPECIAL AGENT DOUGLAS SMITH:  [inaudible 59:08].

1039        SPECIAL AGENT STEVEN LARSON:  Yeah.  Go -- go -- go ahead.

1040   Go ahead.

1041        SPECIAL AGENT DOUGLAS SMITH:  Um, so I've -- I've got it in

1042   here.  Uh, Stephen Grzesiak, is that how you say it?

1043        MR. ADAM BALL:  Yeah.

1044        SPECIAL AGENT DOUGLAS SMITH:  Um, what -- what is -- what

1045   does he have to do with anything?

1046        MR. ADAM BALL:  He's Foulds.

1047        SPECIAL AGENT DOUGLAS SMITH:  He's Foulds.  Okay, uh, so

1048   okay.  I thought I would have more questions.  I think that's

1049   it.

1050        SPECIAL AGENT STEVEN LARSON:  So he's -- do -- do you know

1051   is Stephen Grzesiak the -- the only accountant doing business

1052   there or is -- is there a group?  It's like a -- like a

1053   managing.  Like I know, uh, accountants are like lawyers.  You

1054   know, they're, uh, they've got partners and they've got managers

1055   and got whatever.  Um, is he a manager or a partner or --

1056    MR. ADAM BALL:  I think he's basically the main owner down

1057  there [inaudible 59:59].  I think it's [inaudible 1:00:04] Steve

1058  -- Steve is like the senior --

1059    SPECIAL AGENT STEVEN LARSON:  -- Senior partner? --

1060    MR. ADAM BALL:  -- Senior partner, you know, [inaudible

1061  1:00:11] owner or however that works.

1062    SPECIAL AGENT STEVEN LARSON:  Okay.  But you said Kimberly

1063  Dilts --

1064    MR. ADAM BALL:  -- Dilts.  I think it's D-I-L-T-S.

1065    SPECIAL AGENT STEVEN LARSON:  D-I-L-T-S.  She would be the

1066  -- and I don't want to put words in your mouth, but I'm just

1067  trying to understand.  She would be the one that you'd probably

1068  see on a more of a day-to-day basis if you -- if there's any

1069  accounting issues or, you know, say hey, I want to look at the

1070  books of, you know, for this project or whatever, it would be

1071  Kimberly doing the -- basic -- basically the leg work and then

1072  Steve comes in, probably you meet with him how many --

1073    MR. ADAM BALL:  -- Once a year. --

1074    SPECIAL AGENT STEVEN LARSON:  -- once a year to kind of

1075  play ball and everything and he gives you the blessing and you

1076  know boom.  All right.

1077    SPECIAL AGENT DOUGLAS SMITH:  And -- and they're -- they're

1078  both CPA's then?

1079          MR. ADAM BALL:  Yes.

1080          SPECIAL AGENT DOUGLAS SMITH:  Okay.

1081          SPECIAL AGENT STEVEN LARSON:  All right.  I -- I think, you

1082     know, you know Adam I -- I think you've been -- I -- I just want

1083     to -- I want to thank you for your cooperation.  Um, I mean

1084     we're -- we are almost there.  We're almost done.  It's just

1085     that -- that -- the one sticking point as to the purpose of

1086     Southfield IT Groups I guess existence.

1087          MR. ADAM BALL:  I  d o n ' t  k n o w,  t o make a profit.

1088          SPECIAL AGENT STEVEN LARSON:  To make a profit.

1089          MR. ADAM BALL:  I mean [inaudible 1:02:17].

1090          SPECIAL AGENT STEVEN LARSON:  And your only customer is the

1091     company you work for?

1092          MR. ADAM BALL:  Correct.

1093          SPECIAL AGENT STEVEN LARSON:  Okay.  Um, who -- as long as

1094     we're still on Southfield IT Group, who set up the, uh, well,

1095     let me ask you this.  Well I'm going to go down this road since

1096     I've opened the door, um, who set up the website?

1097          MR. ADAM BALL:  I'm pretty sure Andy did.

1098          SPECIAL AGENT STEVEN LARSON:  Andy Semenchuk?

1099          MR. ADAM BALL:  Yeah.

                                      For Official Use Only

1100      SPECIAL AGENT STEVEN LARSON:   Okay.  Did Andy -- did -- did

1101   Andy have any -- any ownership interest in National Elevation or

1102   Southfield IT Group?

1103      MR. ADAM BALL:  No.

1104      SPECIAL AGENT STEVEN LARSON:   So why would he set up the

1105   website?

1106      MR. ADAM BALL:  He -- for a long time -- he's the IT guru

1107   around here as well, so I had him to help set everything up.  I

1108   can't remember if he did it or a Network Service Group did it.

1109      SPECIAL AGENT STEVEN LARSON:  Network Service Group?  What

1110   -- what -- what does -- what is Network Service Group?

1111      MR. ADAM BALL:  Uh, I think [inaudible 1:03:40] Saginaw,
       ==they==
1112   build up the vast majority of SSI's internet backbone.  I think

1113   they host their, um, server, uh, not our server, but our -- what

1114   do you call it your domain, or I don't know exactly how it works

1115   but.

1116      SPECIAL AGENT STEVEN LARSON:  Okay, so you -- you're paying

1117   another IT company to handle your internet?

1118      MR. ADAM BALL:  Somewhere [inaudible 1:04:20].  [inaudible

1119   1:04:16] advertising is real low, but this back before my time,

1120   but obviously nobody knew the [inaudible 1:04:26] computers --

1121      SPECIAL AGENT STEVEN LARSON:  -- Mm-hm. --

51                                                    For Official Use Only

1122        MR. ADAM BALL:   -- and Network Services Group started the

1123    WWW-IS or SSI-MI.com domain.  So base -- basically they kind of

1124    have us held hostage unless we want to switch all of our emails

1125    and websites and everything else that [inaudible 1:04:50], so

1126    we're basically stuck with them, um, be -- because of that.  I

1127    mean --

1128        SPECIAL AGENT DOUGLAS SMITH:  Do they -- do they work at

1129    all with your, uh, with Southfield as far as making sure the

1130     sites are connected or -- or would they have more -- if -- if we

1131    had more questions about with like, like you said I think you said
        terabytes, petabyte,

1132    whatever the storage is, do -- do they deal with that?  Do they

1133    assist with that?

1134        MR. ADAM BALL:  I think so.  I don't know.  I'm pretty sure

1135    they have some involvement [inaudible 1:05:22].

1136        SPECIAL AGENT STEVEN LARSON:  Do they do anything with

1137    storage?  Data storage or is that --

1138        MR. ADAM BALL:  I don't think so.

1139        SPECIAL AGENT STEVEN LARSON:  Okay.

1140        MR. ADAM BALL:  I don't think they -- they might -- they

1141    might have like an FTP server that we somehow use for small
        amounts of

1142    storage, usually temporary small amounts of storage but I don't

1143    think so.

1144       SPECIAL AGENT STEVEN LARSON:  But -- but Southfield IT

1145   Group, your company handles the -- the vast quantities of data

1146   storage that you require, correct?

1147       MR. ADAM BALL:  I think so.

1148       SPECIAL AGENT STEVEN LARSON:  Okay.

1149       SPECIAL AGENT DOUGLAS SMITH:  So -- so Network

1150   service group, um, I think you said maybe set up -- set the

1151   emails or -- or -- or coordinate maybe not host but coordinate

1152    the domain and the connections between sites.  Do you guys like

1153   -- with the laptop there, you, uh, what's the word I'm looking

1154   for?  I can't think of it now. VPS, do you VPN or something like

1155   that to different sites or connect otherwise?

1156       MR. ADAM BALL:  We've got a VPN system here that we

1157   [inaudible 1:06:23] --

1158       SPECIAL AGENT DOUGLAS SMITH:  -- Okay. --

1159       MR. ADAM BALL:  -- or whatever's up.

1160       SPECIAL AGENT DOUGLAS SMITH:  Did -- did NSG like -- are

1161   they the ones who set it up or --

1162       MR. ADAM BALL:  -- No. --

1163       SPECIAL AGENT DOUGLAS SMITH:  -- it --

1164       MR. ADAM BALL:  -- well I mean maybe originally, but we've

1165   got a couple of guys internal here that do the setting up

1166   Dropbox and --

Witness Statement of Adam Ball
July 24 and 25, 2019

1167    SPECIAL AGENT DOUGLAS SMITH:  -- Okay. --

1168    MR. ADAM BALL:  -- getting - loading the software.  Getting

1169    them ready and that would include the VPN.

1170    SPECIAL AGENT DOUGLAS SMITH:  But I -- I -- it would be

1171    wrong to say the Network, uh, Services Group, um, would set that

1172    up.  It's, like you said, the SSI mostly set that up?

1173    MR. ADAM BALL:  [inaudible 1:07:05].

1174    SPECIAL AGENT DOUGLAS SMITH:  Okay.

1175    SPECIAL AGENT STEVEN LARSON:  Just a second [inaudible

1176    1:07:40].  Who's Cary Hutchinson]?

1177    MR. ADAM BALL:  The, um, he's a new hire that now does

1178    part-time IT stuff for us.  He's a mechanical engineer who got

1179    hire I want to say maybe a year ago.  But he does help now with

1180    the IT side of things and he kind of took over for Andy's IT

1181    knowledge when Andy went a different way.

1182    SPECIAL AGENT STEVEN LARSON:  Okay.  Well, it -- it looks

1183    like Cary sent an email, um, and it sets forth, um, Southfield

1184    IT Group's storage capacity.

1185    MR. ADAM BALL:  Okay.

1186    SPECIAL AGENT STEVEN LARSON:  Okay.  The servers number one

1187    through seven, okay, have approximately 75 terabytes of storage.

1188    Does that sound right?  Terabyte is quite a bit.

1189        Special Agent Doug Smith: Yeah, that's a lot.

1190        MR. ADAM BALL:.  I don't – I don't know the exact number

1191        SPECIAL AGENT STEVEN LARSON:  Okay.  So this was dated, uh,

1192   May 30 of this year.

1193        MR. ADAM BALL:  Okay.

1194        SPECIAL AGENT STEVEN LARSON:  Okay.  Um, but SSI stated to

1195   MDOT that they had received an $811,000 invoice from Southfield

1196   IT Group for 306 terabytes of storage.  And according to

1197   Hutchinson email, Southfield IT, your company, could not have

1198   provided that much storage.  It just doesn't exist.  Okay.  Can

1199   you explain the discrepancy?

1200        MR. ADAM BALL:  I don't think so.

1201        SPECIAL AGENT STEVEN LARSON:  You can't?  Okay.  And

1202   Southfield IT Group was established the shell company to inflate

1203   your overhead rates for SSI, correct?

1204        MR. ADAM BALL:  I can't answer that.

1205        SPECIAL AGENT STEVEN LARSON:  It -- it was -- it was one of

1206   three companies that were formed to essentially do that.  Your

1207    shell companies related to the ownerships.  The owners of SSI to

1208   inflate your overhead rate.

1209        MR. ADAM BALL:  I can't answer that, I don't know.

1210         SPECIAL AGENT STEVEN LARSON:  You can or you won't?

1211        MR. ADAM BALL:  Just can't].  The companies are formed for

1212   a lot of different reasons whether it's liability protection.

1213        SPECIAL AGENT STEVEN LARSON:  Well it -- at -- at a minimum

1214   it looks like you're -- you're grossly overbilling.

1215        MR. ADAM BALL:  I don't know what the [inaudible 1:11:29].

1216        SPECIAL AGENT STEVEN LARSON:  All right.

1217        SPECIAL AGENT DOUGLAS SMITH:  Do you, uh, for Southfield,

1218   since you're -- since you're an owner and you're hands off with

1219   the IT, is there anyone else that does though?  Like they're

1220   send out a bill based off of somebody else's like, you know,

1221   Hutchinson's calculations or something in store or --

1222        MR. ADAM BALL:  There's nobody else Courtney

1223   Southfield IT [inaudible 1:12:13].

1224        SPECIAL AGENT STEVEN LARSON:  Okay.  Um, my old eyes are,

1225   uh, having a hard time picking this up.  Doug can you -- let me

1226   show it to you here.  [inaudible 1:12:50] company?

1227        SPECIAL AGENT DOUGLAS SMITH:  Yeah.

1228        SPECIAL AGENT STEVEN LARSON:  What are the -- the names?

1229        SPECIAL AGENT DOUGLAS SMITH:  Oh, um, 2SI and 3SI.

1230        SPECIAL AGENT STEVEN LARSON:  What, uh, what can you tell

1231   us about those?

1232        MR. ADAM BALL:  One of them involves the trucks.  The

1233   [inaudible 1:13:18] buildings and stuff.

                                              For Official Use Only

1234        SPECIAL AGENT DOUGLAS SMITH:  Uh, which ones does what?

1235        MR. ADAM BALL:  2SI owns the trucks and 3SI owns the

1236   building.

1237        SPECIAL AGENT DOUGLAS SMITH:  Who runs or who owns 2SI?

1238        MR. ADAM BALL:  I think Brian and Tony.

1239        SPECIAL AGENT DOUGLAS SMITH:  Uh, what about 3SI?

1240        MR. ADAM BALL:  [inaudible 1:13:46] also.

1241        SPECIAL AGENT DOUGLAS SMITH:  So, uh, Brian and Tony both

1242   own both?

1243        MR. ADAM BALL:  Yeah.

1244        SPECIAL AGENT DOUGLAS SMITH:  Okay.  Uh, you -- you

1245   mentioned when you're talking about Southfield that like how you

1246   and your wife are 80/20, 85/15, something like that.  Is 50/50

1247   on both forms or they're like 60/40 and then they clip it on the

1248   other one or?

1249        MR. ADAM BALL:  I don't know how they have it set up.  I'm

1250   assuming 50/50 [inaudible 1:14:14] corporation, but I don't know

1251   for sure.

1252        SPECIAL AGENT DOUGLAS SMITH:  Okay.  I -- I just assumed

1253   they might be, you know, imbalanced in some way and then, you

1254   know, fixed on the other side or something just in case there's

1255   that [inaudible 1:14:32] to know how many voting and make

1256   decisions and all of that.  Um, what about -- so Brian and Tony

1257   for those.  That -- maybe with the other person I had

1258   written down can kind of, um, part of the group that helps make

1259   the decisions, so Andy -- Andy's not -- he stepped away from SSI

1260   and he's not -- he's not part of 2SI or 3SI or Southfield?

1261        MR. ADAM BALL:  Correct.

1262        SPECIAL AGENT STEVEN LARSON:  What was the reason for

1263   Andy's departure?

1264        MR. ADAM BALL:  [inaudible 1:15:17] retirement and, uh, he

1265   had enough.  It's a rat race.  [inaudible 1:15:33].

1266        SPECIAL AGENT STEVEN LARSON:  The, uh, SSI office in

1267   Saginaw, they're on Fortune Boulevard?  What, uh, what's there?

1268        MR. ADAM BALL:  That's basically just a -- I -- I go there

1269   about two days a week.  One day a week.  Wintertime if the road

1270   are bad.

1271        SPECIAL AGENT STEVEN LARSON:  What -- what do you keep

1272   there?

1273        MR. ADAM BALL:  Kind of a mirror image of what you're

1274   seeing here.

1275        SPECIAL AGENT STEVEN LARSON:  Okay.

1276        MR. ADAM BALL:  I take my computer back and forth.

1277        SPECIAL AGENT STEVEN LARSON:  Just -- just at -- any --

1278   anybody else in the office?  It's just -- so it just -- just

1279   you?

For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

1280         MR. ADAM BALL:  Just me.

1281         SPECIAL AGENT STEVEN LARSON:  Okay.  Do you -- do you guys

1282    own that building?

1283         MR. ADAM BALL:  No.

1284         SPECIAL AGENT STEVEN LARSON:  Rent it?

1285         MR. ADAM BALL:  Eurich

1286         SPECIAL AGENT STEVEN LARSON:  Okay, Eurich that -- Eurich

1287    Construction is that?

1288         MR. ADAM BALL:  Eurich, uh, Home Improvement.

1289         SPECIAL AGENT STEVEN LARSON:  Is that -- that's the

1290    business that is attached to you right?

1291         MR. ADAM BALL:  Correct.

1292         SPECIAL AGENT STEVEN LARSON:  Okay.  And you -- you lease

1293    it you said?

1294         MR. ADAM BALL:  Yeah.

1295         SPECIAL AGENT STEVEN LARSON:  What's the lease rate?

1296         MR. ADAM BALL:  I think $1,000 a month.

1297         SPECIAL AGENT STEVEN LARSON:  Okay.  No -- no computer

1298    hardware there?  No -- no servers?

1299         MR. ADAM BALL:  No servers yet.  Two printers and Wi-Fi and

1300    I think like a switch or something and that switches the

1301    [inaudible 1:17:00].

                                                    For Official Use Only

1302    SPECIAL AGENT STEVEN LARSON:  Okay.  All right and the

1303  computer you say is your laptop and that travels with you?  So

1304  there's not a computer there?

1305    MR. ADAM BALL:  Correct.

1306    SPECIAL AGENT STEVEN LARSON:  Okay.

1307    MR. ADAM BALL:  Well there's two of my old laptops that are

1308  there.

1309    SPECIAL AGENT STEVEN LARSON:  Okay.  All right.  Um, and

1310  then, uh, there's also, uh, office in St. John?

1311    MR. ADAM BALL:  Yeah.

1312    SPECIAL AGENT STEVEN LARSON:  What -- what's in that

1313  office?

1314    MR. ADAM BALL:  That's Tony.  Basically Tony's managerial

1315  office and there's probably I think at this time  he's probably

1316  got 30 guys that work for him down there.

1317    SPECIAL AGENT STEVEN LARSON:  Oh they work 30 out of -- out

1318  of the St. John's office?

1319    MR. ADAM BALL:  That's [inaudible 1:17:43] staffed and

1320  [inaudible 1:17:49] garage and it's full blown there.

1321    SPECIAL AGENT STEVEN LARSON:  Okay.

1322    SPECIAL AGENT DOUGLAS SMITH:  Like here?  Similar?

1323  Smaller?

Witness Statement of Adam Ball
July 24 and 25, 2019

1324      MR. ADAM BALL:  A lot smaller than I'd say probably half

1325  this or even -- even less than this. [inaudible 1:18:07].

1326      SPECIAL AGENT DOUGLAS SMITH:  But did -- they're got

1327  enough equipment and people.

1328      MR. ADAM BALL:  Oh yeah.

1329      SPECIAL AGENT DOUGLAS SMITH:  Okay.

1330      MR. ADAM BALL:  I'm pretty sure they've got their own

1331  server there.

1332      SPECIAL AGENT STEVEN LARSON:  Okay.

1333      MR. ADAM BALL:  [inaudible 1:18:31]

1334      SPECIAL AGENT DOUGLAS SMITH:  Okay.

1335      SPECIAL AGENT STEVEN LARSON:  There's a Novi  office?

1336      MR. ADAM BALL:  Yeah.

1337      SPECIAL AGENT STEVEN LARSON:  Oh, what -- what's that

1338  address?

1339      MR. ADAM BALL:  I think it's 43000 Nine Mile Road

1340  [inaudible 1:18:45].

1341       SPECIAL AGENT DOUGLAS SMITH:  Is that, uh, is that more

1342   like your office or is that more like the -- the St. John's?

1343            Adam Ball:  It'll be similar to like Saginaw

1344  seldomly we store all of our concrete, cylinder

1345  ==molds there.  Um, Jason Fisher headquartered down there but==
                        ==MDOT has him working in your office==

1346  directly, so he -- he doesn't report [inaudible 1:19:20].

                                      For Official Use Only

1347        SPECIAL AGENT DOUGLAS SMITH:  So Jason Fisher?

1348        SPECIAL AGENT STEVEN LARSON:  Jason Fisher, yeah.

1349        SPECIAL AGENT DOUGLAS SMITH:  F-I-S-C-H-E-R?

1350        MR. ADAM BALL:  F-I-S-H-E-R.

1351        SPECIAL AGENT DOUGLAS SMITH:  F-I-S-H-E-R.  Where is he

1352    where does he sit then for, when he works with MDOT?

1353        MR. ADAM BALL:  I -- I don't know what office he's actually

1354    working out of.  He's on that big, uh, like 75 mega project near

1355    Novi and he kind of -- I don't know if it's in a field office or

1356    one of their normal TSC offices right now.

1357        SPECIAL AGENT DOUGLAS SMITH:  Okay.

1358        MR. ADAM BALL:  But he's still involved with them that they

1359    said that he come park yourself in this cubicle or whatever, so

1360    he's -- he's not at the Novi office right now.

1361        SPECIAL AGENT DOUGLAS SMITH:  Okay.

1362        SPECIAL AGENT STEVEN LARSON:  Okay.

1363        SPECIAL AGENT DOUGLAS SMITH:  But originally that was --

1364    that was for him to work out of and now he's on that project, so

1365    he's -- he's, uh, over there?

1366        MR. ADAM BALL:  Correct.

1367        SPECIAL AGENT DOUGLAS SMITH:  And he's -- just to be clear

1368    he's just -- he's an employee of SSI?

1369        MR. ADAM BALL:  Correct.

1370        SPECIAL AGENT DOUGLAS SMITH:  Okay.

1371        SPECIAL AGENT STEVEN LARSON:  All right, so we're -- we're

1372  still kind of hung up on that -- on that one question and just

1373  so I'm clear, you're not going to answer anything more about --

1374  about why Southfield IT Group was -- was formed?

1375        MR. ADAM BALL:  I can't.  No.

1376        SPECIAL AGENT STEVEN LARSON:  Okay.  I thought I had one

1377  more question for you regarding -- regarding your wife.  Oh,

1378   just kind of a -- a -- a -- a general catchall question.  Um, is

1379   she aware that she's receiving money from SSI for doing nothing?

1380  I mean I -- I put it pretty bluntly, but I mean --

1381        MR. ADAM BALL:  -- [inaudible 1:21:25] --

1382        SPECIAL AGENT STEVEN LARSON:  -- yes, she is aware that

1383  she's -- she's getting -- getting a paycheck, uh, so to speak

1384  from SSI to include bonuses, etc. for -- for doing no work?

1385        MR. ADAM BALL:  She's aware she's getting a check.

1386        SPECIAL AGENT STEVEN LARSON:  Has she ever -- has she ever

1387  questioned Adam why -- why -- why -- why -- why is SSI

1388  paying me, um, paying me for doing -- for not doing anything?

1389        MR. ADAM BALL:  No.

1390        SPECIAL AGENT STEVEN LARSON:  She's never questioned?

1391        MR. ADAM BALL:  I handle all the money in our family and --

                                             

1392      SPECIAL AGENT DOUGLAS SMITH:  And that's why we want to ask

1393  because we didn't know if you had these been signed before

1394  ...before I can cash them? If she actually was looking to
read...

1395  what was being, you know, signed for at that point?

1396      SPECIAL AGENT STEVEN LARSON:  I mean call me crazy but so

1397  many slides of $83000 check they have me sign, I'm going to --

1398      SPECIAL AGENT DOUGLAS SMITH:   Mm-hm. --

1399      SPECIAL AGENT STEVEN LARSON:  -- I'm going to remember, you

1400  know, signing it and I might have a question -- and my wife's

1401  name is Beth, hey, Beth, why am I endorsing this $83000 check.

1402  Nothing like that occurred?  No conversation?

1403      MR. ADAM BALL:  [NO VERBAL RESPONSE].

1404      SPECIAL AGENT STEVEN LARSON:  You're shaking your head no.

1405   Does that mean, no, she didn't ask you?  Or no, you're not going

1406  to answer?

1407      MR. ADAM BALL:  She -- she trust me to handle the finances

1408  and --

1409      SPECIAL AGENT STEVEN LARSON:  Alrighty.  Okay, Doug, have I

1410  missed anything and we neglected to go over?

1411      SPECIAL AGENT DOUGLAS SMITH:  No.  I don't -- no, I don't

1412  think so.  I was looking through there.

1413      SPECIAL AGENT STEVEN LARSON:  All right, well I'm going to

1414  let you look through there and I'm going to just step out for a

For Official Use Only

1415  just a second Andy, Adam, I apologize.  Um, I'll be back, but

1416  before I go, is there anything that you want to add?

1417       MR. ADAM BALL:  I've tried to be as upfront as I can.

1418       SPECIAL AGENT STEVEN LARSON:  You -- you -- you -- you had

1419  -- I -- I -- I -- you have been.  I mean I don't have any -- any

1420  -- you -- you haven't, uh, you've been cooperative, um, to a

1421   point.  I mean we both know -- I -- I think you're at the -- the

1422  edge of, you know, explaining why Southfield IT Group and the

1423  other -- the, uh, SSI, um, ones and twos were formed.  Um, from

1424  what -- from what we can tell, um, not from what we can tell,

1425  what we know is -- is they're shell companies.  I mean you're

1426  not bulls**ting anybody here.  Um, but, uh, I -- I -- I think

1427   you're almost there and I wish you would.  I wish you would just

1428  completely explain the situation.  I think it'll -- it'll go --

1429  it will in the end it will work out better for you if you were

1430  to do that.  Um --

1431       MR. ADAM BALL:  What do you mean by that?

1432        SPECIAL AGENT STEVEN LARSON:  Well, I mean we aren't in the

1433  habit, when I say we, the FBI, uh, the, you know, Federal

1434  Department of Transportation, um, who -- who's here as well.

1435  Uh, we just don't do this on a whim.  Um, the case agent, Brian

1436  Butler has his ducks in a row.  Um, and we know a lot of the --

1437  the answers to -- to the questions we asked, um, before --

1438   before we asked them.  I mean even Doug and I who aren't, you

1439   know, as dialed in on the -- on the nuts and bolts of the case

1440   as -- as perhaps, you know, uh, Brian is and his -- his co --

1441   coagents are with the Department of Transportation, but, um, and

1442   it has -- it's going to serve you well that -- that you were

1443   upfront with us.  You shot straight with us.  I'm going to tell

1444   Brian that.  But, you know, ultimately we're not just going to,

1445   you know, we're not going to go away today.  We're not arresting

1446   you.  You're not getting arrested.  Nobody's getting arrested,

1447   but this isn't just going to be like, "oh, well the FBI was here

1448   and -- and they left."  I mean you're -- you're a smarter guy

1449   than what you're letting on Adam.  Um, and -- and this thing is

1450   going to continue to move forward and we're going to get the

1451   answers to -- to those questions eventually.  Um, --

1452      SPECIAL AGENT DOUGLAS SMITH:  What -- what -- what we keep

1453   saying though as far as we appreciate your honesty and working

1454   with us is that we don't always get the response that we've

1455   gotten from you, because people will try to lie to us and -- and

1456   that's starts down a path of -- of additional problems because

1457   it -- it's -- it's at the point that there's -- at the point

1458   that there's, uh, dishonesty, I mean there's a -- there's a

1459   Statute 18USC1001, you can't lie to federal agents and so like

1460   just starting down that path all of a sudden starts adding

1461    charge or -- or lying about other things, uh, throughout can add

1462    additional, um, you know, attempts to, you know, to create a

1463    fraud and that kind of thing.  So -- so that's why we're saying,

1464    you know, like -- like Steve's saying here that we -- we know a

1465    lot of the answers and that's how we know that you're being

1466    honest and -- and forthright with us and, uh, we have in our 30

1467    years of combined experience seen that play out better than

1468    trying to go the other direction of lying and, uh, uh, and --

1469    and -- and making things worst by doing it that way.

1470       SPECIAL AGENT STEVEN LARSON:  Right.  And to answer your

1471    question, I -- I was taking a long time to get there, uh, Adam,

1472    I -- I apologize.  Uh, what's happening here is they -- and I

1473    hope answer it, uh, there's a search of -- of -- of the business

1474    occurring as -- as we're speaking.  We've -- we've got a search

1475    warrant for your computer.  All the computers.

1476       SPECIAL AGENT DOUGLAS SMITH:  Phones.

1477       SPECIAL AGENT STEVEN LARSON:  Your phone is going with us

1478    today okay.  So when I say ultimately we're going to get the

1479    answer as to why Southfield IT Group was created.  Um, you know,

1480    we're going to be looking at emails between all of you and, um,

1481    business records which we already, you know, we have a -- a good

1482    number of those already.  Um, we know what has occurred.  What -

1483    - what the scheme was.  And that the five of you conspired to

           For Official Use Only

1484   obtain a lot more money than SSI was due.  So I guess I'll leave

1485   at that.  I'm going to step out.  You can think about that.

1486   Mull that over.  And when I come back, hopefully, we can -- we

1487   can continue the conversation all right?

1488       MR. ADAM BALL:  As far as the phone, if you take it, how --

1489   how do I reach out to talk business and move forward?

1490       SPECIAL AGENT STEVEN LARSON:  I would say get another

1491   phone.

1492       MR. ADAM BALL:  Well -- well I mean that phone -- phone

1493   number and stuff.  I mean can I keep my --

1494       SPECIAL AGENT STEVEN LARSON:  --  What we'll --

1495       MR. ADAM BALL:  -- number?

1496       SPECIAL AGENT DOUGLAS SMITH:  Oh.

1497       SPECIAL AGENT STEVEN LARSON:  Oh.

1498       SPECIAL AGENT DOUGLAS SMITH:  Yeah.

1499       SPECIAL AGENT STEVEN LARSON:  Yeah.  Yeah.  You probably

1500   can.  Yeah.

1501       SPECIAL AGENT DOUGLAS SMITH:  It would be just, you know,

1502    it would just be, uh, like if you were getting a new phone

1503   probably transferring service.

1504       MR. ADAM BALL:  Yeah.

1505       SPECIAL AGENT DOUGLAS SMITH:  Um, because what -- what --

1506   what our --

1507    SPECIAL AGENT STEVEN LARSON:  I'll let you answer that

1508  question.

1509    SPECIAL AGENT DOUGLAS SMITH:  Yeah.  [inaudible 1:29:44]

1510  and -- and just -- just [inaudible 1:29:47].

1511    SPECIAL AGENT STEVEN LARSON:  [WALKING OUTSIDE]

1512    BRIAN BUTLER:   Yeah, Adam  Ball are you talking to Adam

1513  Ball?

1514    SPECIAL AGENT STEVEN LARSON:  Yeah.

1515    BRIAN BUTLER:   Oh okay.  He's with you?

1516    SPECIAL AGENT STEVEN LARSON:  He's with us.

1517    BRIAN BUTLER:   Okay.  Is he cooperating?

1518    SPECIAL AGENT STEVEN LARSON:  Yeah, I'll let -- yeah, I'll

1519  let you know.

1520    BRIAN BUTLER:   I did not get it.

1521    SPECIAL AGENT STEVEN LARSON:  Nope.  When you were talking,

1522  I grabbed your shoulder and said I've got Adam Ball in his

1523  office.

1524    BRIAN BUTLER:   I do remember that.  Yes.

1525    SPECIAL AGENT STEVEN LARSON:  Okay.  That's fair.  Anyway -

1526  -

1527    BRIAN BUTLER:   Sorry, I thought there was something more

1528  recent than that.

1529          SPECIAL AGENT STEVEN LARSON:  And -- and -- and Adam is --

                                                          For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

1530   is talking and he has -- wasn't very smooth interview on my

1531   part, however, um.  Hey Adam, this is, uh, Brian Butler.[Door
       closes]

1532       BRIAN BUTLER:  Pleasure to meet you.

1533       MR. ADAM BALL:  Pleasure to meet you..

1534       BRIAN BUTLER:  Um,so I wanted to step in and to
       introduce

1535   myself.  I am the case agent for this matter. I'm the one, um,
       these guys

1536   are here and they're helping me, and I appreciate it.  Um, but

1537   I'm the one who has gone through everything and knows the ins

1538   and outs of what's been going on here.  Um, and I've -- I -- I

1539   had a very good sense coming in today of what was going on and

1540   I've -- I have a better sense of what's going on up here now

1541   that I'm here.  And that sense, an important part of it is
       that

1542   the people in -- in this building who operate around here are

1543   good people.  Right.  But they're good people who did something

1544   wrong, okay.  They -- they are hardworking people.  They're --

1545   they're bust their ass kind of hardworking people is who they

1546   are.  Um, they are family men and -- and that to me is the

1547   big one.  Okay.  That's important today because -- because

1548   good people makes mistakes.  Okay.  And -- and good people  what

1549   they do when  they make mistakes is that they own up to them and
       then they do everything in

1550   their power to make things right and to take care of their

1551   families.  Because at the end of the day today, that's your job

For Official Use Only

1552   right now, is how do you get back to your family as quick as

1553   you can and take care of them.  That's your job here in this

1554   world, right.

1555        MR. ADAM BALL:  Yeah.

1556        BRIAN BUTLER:  :  Like surveying-- it's -- surving is one

1557   thing, investigating until it fits something, but at the end of

1558   the day we go home to our families.

1559        MR. ADAM BALL:  Right.

1560        BRIAN BUTLER:    And that's what I want you to do.  To go

1561   home to your family, but I see the way to that path is through

       ==the==

1562   truth.  And -- and I've told people I don't like this case.And

1563   this case is -- it's one of my -- I don't like it because you

1564   guys are -- you're good people.  You're good people who made a

1565   mistake.  And so I think how do we -- how do you resolve that?

1566   To me what I see is -- what people can understand what -- what a

1567   juror in Saginaw or someone from Standish, they get a story

1568   that  they can understand.  I tell you what they won't

1569   understand.  Or what they won't buy.  They won't buy a big, long

1570   elaborate story of like oh we created this shell company and

1571   then we -- we made these invoices, which were all bogus and that

1572   we were doing all of this just to redistribute profits amongst

       ==the==

1573   owners of the company.  And like it doesn't make sense.  You

1574   don't go through that much effort to just redistribute profits.

1575   Correct?

1576       MR. ADAM BALL:  Correct.

1577       BRIAN BUTLER:     Correct.  So the reason you do all of that

1578   -- because if you're going to redistribute profits, right, five

1579   owners, right?  Divide up 100% by that, everyone gets their

1580   equal share, end of the year, boom, divvy profits out.  Okay.

1581   But you don't do it that way.  That's the easy way.  Well, not

1582   easy, that's straightforward.  That's how businesses operate

1583    when you're straightforward ownership.  But when businesses want

1584   to squeeze out more money from the government, they start

1585   creating shell companies.  Because the shell companies can

1586   invoice, and invoices get passed back to Michigan.  Is that all

1587   correct?  Is that all correct?  It's hard.  So this is that

1588   moment, right?  Of ownership, right?

1589       MR. ADAM BALL:  It start with the moment.

1590       BRIAN BUTLER:     It's the moment.  And you have to chose

1591   who do you want to be perceived as.  As the man who -- who when

1592   confronted with what he did, said I made a mistake.  I love my

1593   family and I'll admit to what I did, and I'm going to go

1594   forward.  That's all we're -- I mean that's what we're asking

1595   you to do okay.

1596       MR. ADAM BALL:  Mm-hm.

1597      BRIAN BUTLER:    Unfortunately the situation you're in, you

1598  don't, you don't have great choices.  I'll be honest with you.

1599  You -- you can say we weren't doing that.  It was, uh, you

1600  know, but my job is facts.  I don't look at my job as trying to

1601  make cases or get people.  I want as best I can to gather

1602  facts and put the facts together.  I want to see what happened

1603  here.  And that's what I've been working very hard at, and I

1604  will continue to work very hard at.  So I'm going -- we will not

1605   I'm going.  There will -- the facts will illustrate the picture.

1606  The picture is that you created the shell company.

1607  You've got to [inaudible 1:43:23].  It was a company in Wyoming

1608   It was a shell company.  Your name is all over it, Adam, do you

1609   know that?  Like you're -- you -- you formed National Elevations

1610  right?

1611      MR. ADAM BALL:  Yeah.

1612      BRIAN BUTLER:    And you were well aware that Southfield IT

1613  Group was a trade name used?

1614      MR. ADAM BALL:  Yeah.

1615      BRIAN BUTLER:    And Adam [sic] Grzesiak, the CPA did that?

1616      MR. ADAM BALL:  Steve.

1617      BRIAN BUTLER:   I'm sorry.  Uh, Steve Grzesiak.  Did I

1618  pronounce that correct?

1619      MR. ADAM BALL:  Yeah.

                                                    For Official Use Only

1620      BRIAN BUTLER:      And he did that?  And that you -- there

1621  was one question I had.  Bid you guys -- on your indirect cost

1622  rate you it was 1 -- 1.4 million dollars roughly forgiven year

1623  for  IT managed services, correct?

1624      MR. ADAM BALL:  I don't know. I don't even know.

1625      BRIAN BUTLER:      Okay.

1626        MR. ADAM BALL:  Somewhere in there.  I know we talked

1627  about what the profits were last year.  I don't even get into

1628  the [inaudible 1:44:13] --

1629      UNKNONW MALE:  So is that how it -- is that how it was

1630  done?  So then they -- they disallowed a number a -- <mark>Some of that</mark>

1631  money and then they only passed through the state -- well, only

1632  is -- strike only.  They passed through roughly $600,000.  And

1633  don't quote me on the numbers.  I'd have documents in front

1634  Of me but they passed through several hundred thousand

1635   dollars.  Was there math done elsewhere to say, hey, how can we

1636  split up the profit on this?

1637      MR. ADAM BALL:  NO VERBAL RESPONSE.

1638      BRIAN BUTLER:      Who decides [inaudible 1:44:46]?

1639      SPECIAL AGENT STEVEN LARSON:  He --

1640      BRIAN BUTLER:      Yeah.

1641       SPECIAL AGENT STEVEN LARSON:  You started to say you don't

1642  get into the overhead.  Who does the overhead?

1643      MR. ADAM BALL:  It was always either Andy or, you know, I

1644 think Jeff was doing it now, but --

1645      BRIAN BUTLER:   But you knew that overhead rate -- you

1646 know how --

1647      MR. ADAM BALL:  -- I know --

1648      BRIAN BUTLER:    -- it works.

1649      MR. ADAM BALL:  I know.  I know how it works basically.

1650 Yes.

1651      BRIAN BUTLER:   And you knew that expenses to a shell

1652 company --

1653      MR. ADAM BALL:   Yeah.

1654      BRIAN BUTLER:    -- that didn't actually occur would be

1655 applied to that overhead rate.

1656      MR. ADAM BALL:  Yeah.

1657      BRIAN BUTLER:   And you knew when that overhead rate got

1658 Fatter; more money would be disbursed from the State of

1659 Michigan to SSI.

1660      MR. ADAM BALL:  I understand how that process work yes.

1661      BRIAN BUTLER:   You understand -- you also understand that

1662 that's what happened correct?

1663      MR. ADAM BALL:  Yes.

1664      BRIAN BUTLER:    Okay.

                                              For Official Use Only

1665        MR. ADAM BALL:  I would say that companies are established

1666  for a lot more reasons than just being shell companies though.

1667  I mean there's liability reasons.  There's -- there's a lot of

1668  other reasons to have subsidiary counter- companies, you know,
      ==whether==

1669  it's insurance or whatever.

1670        BRIAN BUTLER:    Yes.  But we -- why -- but you billed for

1671  expenses that didn't occur.

1672        SPECIAL AGENT STEVEN LARSON:  Any of the reasons you're

1673  throwing out for -- like other reasons to create

1674  subsidiaries/shell companies, I don't think there's ever a

1675  legitimate reason to create a shell company, but none of those

1676  fit the definition of Southfield IT --

1677        MR. ADAM BALL:  Not Southfield IT Group.

1678        SPECIAL AGENT STEVEN LARSON:  -- correct.  Say that. Not

1679  Southfield IT Group?

1680        MR. ADAM BALL:  Correct.

1681        SPECIAL AGENT STEVEN LARSON:  Correct.

1682        Brian Butler:  So that's not why it happened.

1683        SPECIAL AGENT STEVEN LARSON:  So that's not why Southfield

1684   IT Group was created.  I -- I think you're just kind of holding

1685  onto that -- hanging on to that as -- as maybe trying to

1686  minimize?

1687        MR. ADAM BALL:  Yeah.  I mean --

                                                      For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

1688        SPECIAL AGENT STEVEN LARSON:  -- But -- but at -- at the

1689   end of the day, like Brian said, Brian is tenacious and -- and -

1690   - and --

1691        MR. ADAM BALL:  [inaudible 1:46:53] this --

1692        SPECIAL AGENT STEVEN LARSON:  -- he is going to --

1693        BRIAN BUTLER:      -- I'm tenacious at figuring out figuring
       <mark>out</mark>

1694   what happened.  Like that's my job and I will figure that out.

1695        SPECIAL AGENT STEVEN LARSON:  And -- and -- and --

1696        MR. ADAM BALL:  I told these guys that National Elevations

1697   Certificate was started three or four years ago.  It had

1698   nothing to do with the -- the DOT at all.

1699        SPECIAL AGENT STEVEN LARSON:  Mm-hm.

1700        MR. ADAM BALL:  I mean that when we started it to capture

1701   elevation what we thought was going to be a boom market in

1702   Nationwide elevation certificates being done.  We were with
       <mark>Coleman</mark>

1703   Engineering at the time in the UP --

1704        BRIAN BUTLER:      But it didn't pan out, right?

1705        MR. ADAM BALL:  No.  It wasn't lucrative.  But we had -- I

1706   mean we had the company already set up and --

1707        BRIAN BUTLER:      So who's idea was it then to be like well

1708   we've got this company.  It's already set up.  Let's go ahead

1709   and tweak it and make it a DBA?

1710        MR. ADAM BALL:  Probably all of ours.

        78                                    For Official Use Only

1711     BRIAN BUTLER:    Did you guys have meetings where you talk

1712  about these things?

1713     MR. ADAM BALL:  Yeah.

1714     BRIAN BUTLER:    That was yes?

1715     MR. ADAM BALL:  Yeah.  Yes.

1716     BRIAN BUTLER:    Okay.  Um, and you said that we could use

1717  it, we could create invoices where we could make billings to

1718  this and that would attribute to the overhead?

1719     MR. ADAM BALL:  I don't know if we ever got that specific

1720  [inaudible 1:48:18] --

1721     BRIAN BUTLER:    Everyone generally knew that it would help

1722  get more profits?

1723     MR. ADAM BALL:  But the concept was that the rates

1724  [inaudible 1:48:29] consultant IT [inaudible] charge [inaudible

1725  1:48:32] and the State of Michigan data rates, you know, we

1726  figured that if the State of Michigan can charge themselves X

1727  number of dollars per a terabyte or for quadrabyte [sic] or

1728  gigabyte or whatever, it must be a legitimate -- legitimate

1729  charge.  m e a n t , there'll got to be a charge for it, so --

1730     BRIAN BUTLER:    -- Were all of your IT needs serviced by,

1731  um, Network Services Group?

1732     MR. ADAM BALL:  I don't think so.  And when you say all of

1733  yours, you mean SSI?

                                     For Official Use Only

1734        BRIAN BUTLER:     Yes.

1735        MR. ADAM BALL:  Um, I mean they -- they kind of were the

1736    backbone for a lot of this stuff, but Andy -- back in the day

1737    Andy was heavily involved in --

1738        BRIAN BUTLER:      -- But they weren't -- were they 95%?

1739        MR. ADAM BALL:  I don't think so.  I mean Andy was so --

1740    was so cheap, we'd use them the bare minimum, you know, I mean.

1741        BRIAN BUTLER:     Mm-hm.  So that's the problem, is like,

1742    the cost to acquire the  the servers that you used were well,

1743    it wasn't to minimus.  I'll give it $10,000, $20,000,

1744    $30,000?

1745

1746    ==You know I -- I don't== have that number in front of me, but what

1747    you billed was -- billed for that, the invoice

1748    that you gave the State of Michigan, do you know what it was?

1749        MR. ADAM BALL:  I -- I don't.  [inaudible 1:50:00] --

1750        BRIAN BUTLER:      -- Do you think it was consistent with

1751    that?

1752        MR. ADAM BALL:  Probably not with that.

1753        BRIAN BUTLER:      What do you think that number was?

1754        MR. ADAM BALL:  It was consistent with, uh, DTMB rates or

1755    whatever. I mean.

1756        BRIAN BUTLER:     Are you sorry for what you've done?

1757        MR. ADAM BALL:  Yeah.  I feel  sick to my stomach right now.

1758        BRIAN BUTLER:   Are you sick to your stomach because you

1759   got caught or are you sick to your stomach because you're sorry?

1760        MR. ADAM BALL:  I'm -- I'm -- I'm sorry.

1761        BRIAN BUTLER:   And what are you sorry for?  A -- again

1762   I'm picture person.  I want the facts and right now I'm kind of

1763   on the fence as far as like what kind of person you are.  Um, I

1764   really do think that you're a good person, but -- and you want

1765   to try to tell me the story this is really all okay?

1766        MR. ADAM BALL:  It's not okay.

1767        SPECIAL AGENT STEVEN LARSON:  Because you billed for

1768   storage capacity you -- you don't have?

1769        MR. ADAM BALL:  Right.

1770        SPECIAL AGENT STEVEN LARSON:  It may have been the rate

1771   that the State of Michigan bills itself or it -- but it -- it's

1772   total bulls**t.  You don't have the storage.  And the money you

1773   did spend on -- on the -- on -- for storage, like Brian said,

1774   he's being generous.  Thirty grand.  S**t, we'll give you 50

1775   grand.  Let's give you a hundred grand.  That's still -- you're

1776   way, way, way, way, way, way, way overbilled that and you know

1777   you did.  Correct?

1778        MR. ADAM BALL:  I do.

1779     SPECIAL AGENT STEVEN LARSON:  You knew.  Tony Thelen knew.

1780 Jeff Bartlett knew.  Brian Bartlett knew.  And Adam or, um --

1781     SPECIAL AGENT DOUGLAS SMITH:  -- Andy. --

1782     SPECIAL AGENT STEVEN LARSON:  -- Andy.  Excuse me,

1783 Semenchuk knew.  Correct?

1784     MR. ADAM BALL:  I would say that's correct.

1785     BRIAN BUTLER:   It sounds like this wasn't, there wasn't a

1786 ring leader right?  No one person was directing it.  You guys were

1787 kind of all marching together on this, huh?

1788     MR. ADAM BALL:  It was a five-headed monster. Yeah.

1789

1790     MR. ADAM BALL:  I mean, we worked with out, you know, -- we
     ==talked about too,==

1791 but we worked with our accountant to, you know, try to us, you

1792 know, be as tax advantageous as we can,you know, so I mean
     ==there's -- there's --==

1793     SPECIAL AGENT STEVEN LARSON:  -- Well --

1794     MR. ADAM BALL:  -- stuff like that.

1795     SPECIAL AGENT STEVEN LARSON:  Well tax advantageous, yes,

1796 but also as savvy, advantageous of taking advantage of the, uh,

1797 reimbursement structure, was he involved in that?

1798     MR. ADAM BALL:  When you say he --

1799     SPECIAL AGENT STEVEN LARSON:  -- the -- the --

1800     MR. ADAM BALL:  -- the accountant? --

1801    SPECIAL AGENT STEVEN LARSON:  -- your --  your -- Grzesiak,

1802  your -- your accountant.

1803    MR. ADAM BALL:  No.

1804    SPECIAL AGENT STEVEN LARSON:  so he was not involved in the

1805  when the group of -- the five of you sat down and like you -- as

1806  you -- as -- using your words, the five -- this five-headed

1807  monster -- monster.  It wasn't a six-headed monster?  He wasn't
      in

1808  --

1809    MR. ADAM BALL:  -- Correct.

1810    SPECIAL AGENT STEVEN LARSON:  Okay.  It was the five of

1811  you.

1812    BRIAN BUTLER:   I appreciate your honesty today.  You know

1813  recognizing that what you did was wrong and that you did it to

1814   make -- to get money from the State of Michigan that you weren't

1815  entitled to, correct?

1816    MR. ADAM BALL:  I don't think we ever did it.  That --

1817    BRIAN BUTLER:   --  you didn't stop --

1818    MR. ADAM BALL:  -- flagrantly or directly but I mean

1819  ultimately that's -- that was the result of the mechanism that

1820  had happened, Yeah.

1821    BRIAN BUTLER:   Okay.  That's honesty.  Um, I'm not sure

1822  if these gentlemen have told you that this is not just here

1823  today and we're kind of throughout the state working on it so.

1824        MR. ADAM BALL:  Sure.

1825        BRIAN BUTLER:    And Sarah has been talked to.  I think you

1826   guys covered all of that?

1827        SPECIAL AGENT STEVEN LARSON:  We -- we -- we talked, uh,

1828   about Sarah's I guess employment was here, but Adam we -- we

1829   didn't get in -- in -- into the fact that when you left for work

1830   this morning we had a team, um, at your house.  Okay.  So

1831   contact was made with Sarah.  Uh, Sarah is being interviewed.

1832   Um, a search of the house is -- is ongoing.

1833        MR. ADAM BALL:  Okay.

1834        SPECIAL AGENT STEVEN LARSON:  Okay.  Um --

1835        BRIAN BUTLER:    One of the things they found are some

1836   safes that are in the house.  Um, I think are there two safes?

1837        MR. ADAM BALL:  Yeah.

1838        SPECIAL AGENT STEVEN LARSON:  Okay.  And what's in those

1839   safes?

1840        MR. ADAM BALL:  My -- the big safe has like my guns.

1841        BRIAN BUTLER:    Okay.

1842        MR. ADAM BALL:  And, um, some cash and the other safe is

1843   empty.

1844        BRIAN BUTLER:    How much cash?

1845        MR. ADAM BALL:  Like eight thousand bucks.

Witness Statement of Adam Ball
July 24 and 25, 2019

1846        BRIAN BUTLER:    Okay.  Um, would you be willing to give us

1847   the combination to those safes?

1848        MR. ADAM BALL:  Sure.

1849        BRIAN BUTLER:   Can we get a piece of paper here and we'll

1850   write them down?

1851        MR. ADAM BALL:  Yeah.

1852        SPECIAL AGENT DOUGLAS SMITH:  And Brian , uh, while you're

1853   writing this down here, uh, and write for went out to Steve, Adam

1854   understands too that -- that we're looking at phones and

1855   computers and things like that.  Uh, he did ask if

1856    all possible, there are some personal like photos on his phone -

1857   -

1858        SPECIAL AGENT STEVEN LARSON:   -- Mm-hm.

1859        SPECIAL AGENT DOUGLAS SMITH:  A couple of personal photos -

1860   - folders on his computer, um, again he -- he knows we have the

1861   right to take them, but he wants to try and cooperate too.   If

1862   there's any way he can get anything personal back?  I -- I

1863   didn't -- I told him I was not at all formalized with the
       <mark>electronic</mark>

1864   process along with the things we take, but, uh, just again, as

1865    we're having this exchange here, if there's any way he can get -

1866   -

                                              For Official Use Only

1867        SPECIAL AGENT STEVEN LARSON:  I don't -- I don't think

1868   we're going to destroy anything.  I mean he'll eventually get

1869   them back.

1870        BRIAN BUTLER:    We're going to -- yeah, we're going to

1871   work expeditiously as possible.  What happens is, we image

1872   the device and then we attempt to return the device to

1873   you as soon as possible.  Um --

1874        SPECIAL AGENT DOUGLAS SMITH:  And -- and -- and that's what

1875   I wasn't aware of.  Thank you.  I didn't know what the

1876   process [inaudible 1:55:58].

1877        BRIAN BUTLER:    Okay.  So I -- I want to get back to the,

1878   um, gentlemen down there so they can do that.

1879        MR. ADAM BALL:  What did they do with the kids and stuff

1880   when they stopped?

1881        SPECIAL AGENT STEVEN LARSON:  Uh, -- more than likely

1882   they were --

1883        BRIAN BUTLER:    -- They're always professional right?  And

1884   so I know the guys that were there and they are good-- good

1885   people and I know that they would be, um, professional in every

1886   regard.

1887        SPECIAL AGENT STEVEN LARSON:  Yeah, they're letting them --

1888   they're -- they're at the house.  I'm assuming they're letting

1889   the kids -- what do you got three kids?

                                          For Official Use Only

1890          MR. ADAM BALL:  Yep.

1891          SPECIAL AGENT STEVEN LARSON:  Yeah.  They're -- they're

1892     probably in a room that -- they're probably playing.  They --

1893          SPECIAL AGENT DOUGLAS SMITH:  Got cartoons on or something

1894     like that.

1895          SPECIAL AGENT STEVEN LARSON:  Yeah.  Yeah, they're not and

1896     -- I mean Doug and I, we've been professional with you, correct?

1897          MR. ADAM BALL:  Yes.

1898          SPECIAL AGENT STEVEN LARSON:  Good.  Well the group that's

1899     with Sarah is as professional if not -- if not more than, uh,

1900     than Doug and I.  So yeah, the kids are good.  The kids are

1901     fine.  Sarah's -- I'm -- I mean I'm guessing if it was my wife,

1902     she -- she'd be waiting -- chopping at the bit for me to roll

1903     back into the driveway to give me a what for, so you probably

1904     got that to look forward to tonight.  Um, but, uh, other than

1905     that.  It -- the kids -- the kids will be fine.

1906          BRIAN BUTLER:    You'll get through this.  I'll be honest

1907     with you.  It'll -- it'll -- it'll suck for a while, you know,

1908     but I think taking the step forward is the best way for the,

1909     the least painful way and I think that's what you should start

1910     working towards as hard as you work on surveying.  What time do

1911     you leave?  Like 6:00 every morning.  6:30.

1912          MR. ADAM BALL:  Were you in the Explorer this morning?

                                      For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

1913        BRIAN BUTLER:      No.

1914        SPECIAL AGENT STEVEN LARSON:   No, that was me.   Did you --

1915   did you -- did you -- did you figure -- did you think maybe you

1916   were being followed?

1917        MR. ADAM BALL:  Yes.

1918        SPECIAL AGENT STEVEN LARSON:   All right, yeah.   We weren't

1919   trying to be covert, but I -- but I -- and actually I was -- I

1920   thought it would be kind of yeah, I -- I -- I didn't know how

1921   much space to give you.   I didn't -- I haven't been here -- not

1922   that it's a hard location to -- to find, but yeah, I -- I bumper

1923   locked you.

1924        BRIAN BUTLER:      I guess to say to -- to keep it in

1925   perspective right.   You work hard, um, you'll get through this.

1926   I think it's important to -- you know the best way to -- to

1927   try and heal a few years of lying is just start being truthful

1928   about stuff and the truth is kind of like -- when you have to

1929   lie and cover stuff up for so long, that wears on a person.   And

1930   then -- when you can just talk about it, you're finally like

1931   whoooose.   Um, so that's your next project, right.   Talk about

1932   it with your wife, what happened.   Be straightforward and start

1933   working to -- to move forward on this stuff.   Okay.

1934        MR. ADAM BALL:  Yeah.

                                        For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

1935      BRIAN BUTLER:    I'm going to, I have to go make some calls

1936  and stuff like that.

1937      SPECIAL AGENT STEVEN LARSON:  Yeah, thanks for stopping in

1938  and yeah.

1939      BRIAN BUTLER:    You want to chat for a bit.

1940      SPECIAL AGENT STEVEN LARSON:  Yeah.

1941      BRIAN BUTLER:    You need anything form me?

1942      SPECIAL AGENT STEVEN LARSON:  I – I don't think so other

1943  than, yeah, we'll just we're going to take the phone and the

1944  computers.  So.

1945      BRIAN BUTLER:    I really mean it.  I like it it's good to
==meet==

1946  you.  I don't think you're a horrible person.  I think you're a

1947  hardworking person who made a mistake and I think the five

1948  headed monster, almost a group thing, who just kind of started

1949  doing this together and maybe as group think, you didn't know

1950  we -- we weren't, no, I'll say it a different way. We didn't

1951  stop to think about how long it was.  It just kind of happened,

==1952  okay.  All right.==

1953      SPECIAL AGENT DOUGLAS SMITH:  Do they need us to, uh, sit

1954  tight or do we have to move at some point?

1955      SPECIAL AGENT STEVEN LARSON:  Oh, we'll move at some point

1956  here.  I just we'll -- we'll finish up I think and then the next

1957  few minutes I think we'll -- I think we're pretty much, uh,

        For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

1958  we're pretty much done.  Uh, any -- anything else that -- I mean

1959  you -- Brian was able to get you over -- over the hump and --

1960  and, um, is -- is -- is there anything that we've -- we've --

1961  that -- that we haven't covered that you know we eventually will

1962  uncover, and you want to get out in front of?  I mean take a

1963  second and think about it.  What -- the -- the way you answered

1964  that it leads me to believe there is.  There's something else.

1965  And you're kind of shaking your head.

1966      MR. ADAM BALL:  I been ashamed for the whole five years.

1967      SPECIAL AGENT STEVEN LARSON:  Okay.  That's -- that's good

1968  info.  So this has been going on for about five years or longer?

1969  Or longer?

1970      MR. ADAM BALL:  I don't -- I'm going to say.  I don't know.

1971      SPECIAL AGENT STEVEN LARSON:  Well what -- what would make

1972  you ashamed for five years?  And to me that's -- that's a good

1973  thing because that tells me you're a good person.  People

1974  without a conscience, they don't give this a second thought, man.

1975      MR. ADAM BALL:  I don't know what to do.

1976      SPECIAL AGENT STEVEN LARSON:  And when I say well -- you

1977  asked me a question, what I don't know what you mean by this.  I

1978  guess my -- to me what this encompass is the -- the scheme to,

1979  you know, inflate your overhead.  To get inflated reimbursement

1980  rates from the State that -- that you weren't due.  Is there --

For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

1981    is there something else like?  So the inflating the overhead has

1982    gone on for at least five years?

1983        MR. ADAM BALL:  No.  That's not what I'm saying here.  I

1984    guess [inaudible 2:03:15] is like my involvement was management

1985    type decisions and stuff like that help you talk about it or

==through things.==

1986    Looking back out in the field, you know, they --

1987        SPECIAL AGENT STEVEN LARSON:  -- Gotcha.

1988        MR. ADAM BALL:  -- just -- you're in charge of people.

1989    There's just a lot of -- a lot of headaches and I just regret

1990    the day I started getting involved in the management type0

1991    things and --

1992        SPECIAL AGENT STEVEN LARSON:  -- Okay.

1993      SPECIAL AGENT DOUGLAS SMITH:  Well we just -- again we just

1994    want to -- if -- if there's anything we can do -- do -- like I

1995    said help you [inaudible 2:04:19] or get through things, we

1996    don't -- we don't [inaudible 2:04:20] with the -- if there's

1997    going to be an explorer on you 24/7 or anything or following

1998    you.

1999        SPECIAL AGENT STEVEN LARSON:  Yeah.

2000      SPECIAL AGENT DOUGLAS SMITH:  Like we, you know, we want to

2001    do -- we want to do our job but we -- we don't want you, you

2002    know, if -- if you're being honest with us today, we don't want

For Official Use Only

2003   you to have to look over your shoulder.

                                              For Official Use Only

2004        SPECIAL AGENT STEVEN LARSON:  Yeah.  There's -- there's not

2005    going to be any of that Adam.  I think, you know, we -- you were

2006    cooperative.  You were -- you've been honest with us, uh, up to

2007    this point.  Um, it took a while to get there, but -- but we got

2008    there, um, and I just -- before we go I want to kind of touch on

2009    the theme that -- that Brian kind of left with and things are

2010    going to suck for, you know, the immediate future, but your life

2011    isn't over, man.  I mean you made a mistake.  You can recover

2012    from this.  You know if we leave -- when -- when we leave you're

2013    not going to do anything, right to harm yourself, okay.

2014        MR. ADAM BALL:  No.  I'm all right.

2015        SPECIAL AGENT STEVEN LARSON:  Okay.  I mean that's --

2016    that's -- that's my primary concern at this -- at this point

2017    right -- right now.  I don't want you to do anything that's

2018    going to hurt yourself because you've got -- look at those --

2019    those three pictures behind you.  All right.  You've got to be

2020    strong for those kids.  All right.

2021        MR. ADAM BALL:  Yeah.

2022        SPECIAL AGENT STEVEN LARSON:  So -- so we're -- you're okay

2023    right?

2024        MR. ADAM BALL:  I'm good.  I'm good.

2025        SPECIAL AGENT STEVEN LARSON:  All right.

2026        MR. ADAM BALL:  My wife's going to castrate me but --.

                                    For Official Use Only

2027        SPECIAL AGENT STEVEN LARSON:  Yeah, and mine would too.

2028    But you weather that storm.  How long you guys been together?

2029        MR. ADAM BALL:  10 years.

2030        SPECIAL AGENT STEVEN LARSON:  You'll weather that storm.  I

2031    mean -- but, um, but appreciate you're -- you speaking with us.

2032    And, uh --

2033        MR. ADAM BALL:  I'm sorry you had to waste so much

2034    [inaudible 2:06:27].

2035        SPECIAL AGENT DOUGLAS SMITH:  We --

2036        SPECIAL AGENT STEVEN LARSON:  -- Uh --

2037        SPECIAL AGENT DOUGLAS SMITH:  -- you don't got to explain

2038    why [inaudible 2:06:34].  You steps down the path of saying

2039    let's get on the page versus, um, you know, versus

2040    trying to lie.  Versus trying to, uh, like I said start another

2041    violation or anything like that.

2042        SPECIAL AGENT STEVEN LARSON:  Yeah. -- I mean that --

2043        MR. ADAM BALL:  I just mean in general.

2044        SPECIAL AGENT STEVEN LARSON:  Oh gen -- oh sure, yeah.  I

2045    know.

2046        MR. ADAM BALL:  [inaudible 2:06:59] year for --

2047        SPECIAL AGENT STEVEN LARSON:  -- Yeah.  Yeah, but --

2048        SPECIAL AGENT DOUGLAS SMITH:  -- [inaudible 2:07:03] --

                                      For Official Use Only

2049        SPECIAL AGENT STEVEN LARSON:  -- the odds of you -- I mean

2050  would you had we shown up.  I mean I think there -- we just --

2051  I think Brian had just shown up, I don't think it would have

2052  pushed you, you know, in the just -- you just needed a little

2053  nudge to get this off of your chest.  So I -- no, don't --

2054  don't, uh,

2055       MR. ADAM BALL:  -- Two years get the heck out of this place

2056  and go somewhere else.

2057       SPECIAL AGENT STEVEN LARSON:  And then just -- yeah, a

2058  tidal wave kind -- of kind of crusted before, uh, before you're

2059  able to get out, but like -- you've got a lot of life left in

2060   you.  This isn't -- this isn't an insurmountable hurdle.  It was

2061  just a bump in the road.  How old are you?

2062       MR. ADAM BALL:  42.

2063       SPECIAL AGENT STEVEN LARSON:  42.  You're a young guy.  Not

2064  old like me.

2065       MR. ADAM BALL:  How old are you?

2066       SPECIAL AGENT STEVEN LARSON:  51.

2067       MR. ADAM BALL:  All right.

2068       SPECIAL AGENT STEVEN LARSON:  Yeah.  All right.  All right

2069  Adam, we're -- we're going to get out of your hair, but we've

2070  got to take that phone from you right -- right now.

                                                        

Witness Statement of Adam Ball
July 24 and 25, 2019

2071        MR. ADAM BALL:  I've got to [inaudible 2:08:17] because I -

2072    - I can get literally 150 calls a day that are work related.

2073        SPECIAL AGENT STEVEN LARSON:  Okay.

2074        MR. ADAM BALL:  I don't answer that dumb thing.

2075        SPECIAL AGENT DOUGLAS SMITH:  Who's your provider?

2076        Mr. Adam Ball : we'd shut down Verizon.

2077

2078        SPECIAL AGENT DOUGLAS SMITH:  And again I don't know the

2079    timeline of how fast they're going to be a phone back to you.  A
        150
2080    calls a day, you can't do without for a day, um, you -- I mean

2081    you ought to be able to go in there, off the shelf, and just get

2082    -- get another phone and just port the number straight over.

2083    Um, treat -- I mean treat this like the phone has been dropped

2084    and cracked or --

2085        SPECIAL AGENT STEVEN LARSON:  Just -- just from --

2086        SPECIAL AGENT DOUGLAS SMITH:  -- [inaudible 2:08:55] --

2087        SPECIAL AGENT STEVEN LARSON:  -- just from like a forensic

2088    standpoint --

2089        MR. ADAM BALL:  -- Mm-hm.

2090        SPECIAL AGENT STEVEN LARSON:  Would there be any -- I mean

2091    he's got a new phone.  He's got a new number, but could -- could

2092    he pull stuff off the phone that we have in our possession?

                                    For Official Use Only

2093      SPECIAL AGENT DOUGLAS SMITH:  No.  What we'll, um, because

2094  what we'll -- what we'll do whenever we -- part of the process

2095  for when take care of, uh, uh, when we take devices like that,

2096  is we -- we put into airplane mode.

2097      MR. ADAM BALL:  Okay.

2098      SPECIAL AGENT DOUGLAS SMITH:  So that way they're not

2099  sending and receiving communications and that -- that's --

2100  that's to protect us from someone saying, hey, you made a bunch

2101  of phone calls on my phone right.  Like so we -- we put in an

2102  inactive  state for lack of a better term.  Um, and then we --

2103  we make a copy of it and again for -- for legal purposes that

2104  way we can say this is as it was when we got it.  We didn't --

2105  because I told you we're not taking over your phone account.

2106  Uh, if we were, there would have to be paperwork for that under

2107  different and under completely different circumstances.  We

2108  don't want to answer any of your calls for you.  Um, we, uh, we

2109  also get enough calls a day, not 150, but we're not going to

2110  answer it.  We're not going to respond.  We're not going to do

2111  anything like that, so that's what the airplane mode is.

2112      SPECIAL AGENT STEVEN LARSON:  Okay.  So -- so good.  So he

2113  can get like you said, go to Verizon --

2114      SPECIAL AGENT DOUGLAS SMITH:  -- Yeah. --

2115        SPECIAL AGENT STEVEN LARSON:   -- pick up a -- get -- get a

2116    new phone with that -- with that number.   They'll pull up the

2117    number.

2118        SPECIAL AGENT DOUGLAS SMITH:   And it's like I said with

2119    the, you know, the same with the computer --

2120        MR. ADAM BALL:    Mm-hm.

2121        SPECIAL AGENT DOUGLAS SMITH:   -- we would, uh, we would --

2122     in -- in taking a computer we -- we're not taking over an email

2123    address.   So you can set up another computer with that email

2124    address.   Your phone can have your email address.

2125        SPECIAL AGENT STEVEN LARSON:   Just, um, can you, um, is

2126    there a password on the phone by chance?

2127        MR. ADAM BALL:   Yeah.

2128        SPECIAL AGENT STEVEN LARSON:   Can you write that down?

2129        SPECIAL AGENT DOUGLAS SMITH:   That's good catch Steve --

2130        SPECIAL AGENT STEVEN LARSON:   And -- and --

2131         SPECIAL AGENT DOUGLAS SMITH:   -- and that will make it way

2132    faster.

2133        SPECIAL AGENT STEVEN LARSON:   And then there is a password

2134    on the computer?

2135        MR. ADAM BALL:   I don't think --

2136        SPECIAL AGENT STEVEN LARSON:   -- Okay.   And then if you

2137     wouldn't mind, um, I mean you're right here.   Can -- can we put

Witness Statement of Adam Ball
July 24 and 25, 2019

2138    that in airplane mode right now?  And I -- and like Doug said he

2139    -- we don't want to speak on the turnaround time for imaging the

2140    phone and -- and getting this actual one with the pictures you

2141    want and whatnot back, but it's usually pretty good, Adam, a

2142    couple of weeks maybe.  Um, but don't hold me that, but it could

2143    even be sooner.

2144        SPECIAL AGENT DOUGLAS SMITH:   It should be good now.

2145        SPECIAL AGENT STEVEN LARSON:   Okay, we're in airplane mode?

2146        SPECIAL AGENT DOUGLAS SMITH:   Got the [inaudible 2:11:17]?

2147        SPECIAL AGENT STEVEN LARSON:   Yep, right there.  All right.

2148    Beautiful.  Put that there.  No password for the computer.

2149        MR. ADAM BALL:  I don't think so.

2150        SPECIAL AGENT STEVEN LARSON:   Okay.

2151        MR. ADAM BALL:  Um, about that -- can I just show you --

2152        SPECIAL AGENT STEVEN LARSON:   -- Sure.  Sure.

2153        MR. ADAM BALL:  -- you can get.  I don't like

2154    - like I said I don't know when that thing was plugged in right

2155    there. This is like my personal stuff. Can I -- - can I make --

2156
2157        SPECIAL AGENT STEVEN LARSON:   -- Ohhh. --

2158        MR. ADAM BALL:  -- a copy of it?

2159        SPECIAL AGENT STEVEN LARSON:  Um --

2160        MR. ADAM BALL:  Can you make a copy of it for me?

99                                        For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

2161        SPECIAL AGENT DOUGLAS SMITH:  Um, I can -- do you know

2162   where the tech guys are around here?  Cause I -- again it's not

2163   -- it's not my case.  It's not my call.

2164        MR. ADAM BALL:  Okay.

2165        SPECIAL AGENT DOUGLAS SMITH:  Um, I -- I mean I have seen

2166   it done before.  That -- I -- I can tell you that actually has

2167   happened, but I -- I don't want to mess up anybody's else's --

2168        MR. ADAM BALL:  Okay.

2169        SPECIAL AGENT DOUGLAS SMITH:   -- [Inaudible 2:12:12] --

2170        SPECIAL AGENT STEVEN LARSON:  You want a feel -- you want

2171   to feel to try to find somebody to ask that --

2172        SPECIAL AGENT DOUGLAS SMITH:   Yeah, if
            you don't mind.

2173        SPECIAL AGENT STEVEN LARSON:  -- real -- real quick and

2174   then, um, yeah.

2175        MR. ADAM BALL:  [inaudible 2:12:22] for one second.

2176        SPECIAL AGENT STEVEN LARSON:  Yep.  Yep.  Yeah, and then

2177   we'll -- we'll let you know.  I mean -- I mean I believe you're

2178   shooting straight with us, it's just all, uh, personal stuff

2179   Adam, but -like --  like Doug  said we don't want to screw

2180   anything up.

2181        SPECIAL AGENT DOUGLAS SMITH: Do you have a blank thumb

2182    Drive? Or CD?

100                                          For Official Use Only

2183    Get a copy oof the thumb drive and then take the

2184    thumb drive back out.

2185        MR. ADAM BALL:  Okay.

2186        SPECIAL AGENT DOUGLAS SMITH: I don't see much hassle as

2187    long as [inaudible 02:13:02]

2188        SPECIAL AGENT STEVE LARSON:  If you don't have a blank

2189    thumb drive that's [inaudible 02:13:26]

2190        SPECIAL AGENT DOUGLAS SMITH   Yeah then, let's -- let's err

2191    on the conservative side of saying probably not.  Um, so -- so

2192    yeah.

2193        SPECIAL AGENT STEVE LARSON:  That [inaudible 2:13:42]

2194    software correct?

2195        MR. ADAM BALL:  I don't think so.  That's -- that's from my

2196    -- a guy at church got all of my, um, part of All Nations.  It's

2197    got all of the bylaws and stuff on it.

2198        SPECIAL AGENT STEVEN LARSON:  Okay.

2199        SPECIAL AGENT DOUGLAS SMITH:  Well to the extent that it

2200    has nothing to do with the Southfield, SSI  or anything like

2201    that, um, it isn't -- whenever the tech guy is coming through,

2202    it's [inaudible 2:14:02] to not take things that are not related

2203    --

2204        MR. ADAM BALL:  -- Yeah. --

                                    For Official Use Only

2205        SPECIAL AGENT DOUGLAS SMITH:  -- because we don't have to

2206    make copies of them.  Images of them and all of that kind of

2207    stuff okay.  Um, who would I talk to as far as searching for

2208    when they come to [inaudible 2:14:16] and stuff?

2209        SPECIAL AGENT STEVEN LARSON:  Just -- just find somebody

2210    and ask somebody who looks like they're doing --

2211        SPECIAL AGENT DOUGLAS SMITH:  I'm sure they don't we're

2212    still --

2213        SPECIAL AGENT STEVEN LARSON:  -- Yeah.  Yeah.

2214        SPECIAL AGENT DOUGLAS SMITH:  So I don't --

2215        SPECIAL AGENT STEVEN LARSON:  -- Yeah, we're good.  Who's

2216    deer -- on the -- mounted on the wall, that's a nice one.

2217    [inaudible 2:14:40]?

2218        MR. ADAM BALL:  I don't know much about [inaudible

2219    2:14:43].

2220        SPECIAL AGENT STEVEN LARSON:  Oh don't you?  Oh you said

2221    guns, so I thought maybe you were a sportsman or a hunter.

2222        MR. ADAM BALL:  I think that's Jeff's or Brian's.

2223        SPECIAL AGENT STEVEN LARSON:  Oh nice.

2224        MR. ADAM BALL:  I've dabbled in hunting as a kid, but never

2225    been fond of it.

2226        SPECIAL AGENT STEVEN LARSON:  Oh okay.  I, uh, well, I

2227    guess like Doug, and I said we're not deeply involved in the

Witness Statement of Adam Ball
July 24 and 25, 2019

2228   case other than just helping out, but I did see a picture of

2229   your place off -- it is ███████████?

2230        MR. ADAM BALL:  Yeah.

2231        SPECIAL AGENT STEVEN LARSON:  Yeah.  You've got like what

2232   like 15 acres there?  That looks like a nice spot.  Any -- any

2233   deer or anything that come through?

2234        MR. ADAM BALL:  Yeah, we'll see a deer coming through the

2235   field.

2236        SPECIAL AGENT STEVEN LARSON:  Yeah, I bet.  That looks --

2237   that looks like a nice set up.  Nice house.  Nice, uh, nice set

2238   up.  Nice chunk of property.  I live down ██████████ so.

2239        MR. ADAM BALL:  That's how far?

2240        SPECIAL AGENT STEVEN LARSON:  Um --

2241        MR. ADAM BALL:  -- I've got some buddies, or I've got a

2242   buddy that lives, um --

2243        SPECIAL AGENT STEVEN LARSON:  North of Tibb, uh,

2244   Tittabawassee 2:15:47], uh, you know where, uh, was it that --

2245   was it that Green Applebarn?

2246        MR. ADAM BALL:  Yeah.

2247        SPECIAL AGENT STEVEN LARSON:  Leaman's Green ApplebBarn.

2248   Okay.  That's like kind of the starting point and then I'm --

2249   I'm, uh, south of that like two miles.

2250        MR. ADAM BALL:  Okay.

                                        For Official Use Only

2251        SPECIAL AGENT STEVEN LARSON:  That's my house.  By, uh,

2252  like ███████████ .

2253        MR. ADAM BALL:  Yep.  My buddy just built a house on ███████

2254  just north of the Apple place on the west side of the road

2255  there.  Cobblestone built his house there.

2256        SPECIAL AGENT STEVEN LARSON:  Oh okay.  Cobblestone.  I --

2257  I transferred in.  I -- I was -- my first office was Milwakee.

2258  Second was -- I was on -- I raised my hand to go Alaksa and then

2259  I -- I bounced to Michigan here.  Um, but we didn't have the

2260  house built, but Cobblestone or Cobblestone or Cornerstone,

2261  whatever, Cobblestone was the builder.  Yeah.  Yeah.

2262        SPECIAL AGENT DOUGLAS SMITH:  So, um, they're moving fast.

2263  They said that you might actually have your whole computer back

2264  tomorrow.  They're going to be --

2265        MR. ADAM BALL:  -- Okay. --

2266        SPECIAL AGENT DOUGLAS SMITH:  -- like onsite here today.

2267  All day --

2268        MR. ADAM BALL:   Okay.

2269        SPECIAL AGENT DOUGLAS SMITH:  -- trying to run through and

2270  copy things.  Um, so that -- that -- that -- the best case like

2271  I said is that at the end of the day, worse case, at least right

2272  now things being working with, or you'll have everything back

2273  tomorrow.  Um, --

                                    For Official Use Only

Witness Statement of Adam Ball
July 24 and 25, 2019

2274        SPECIAL AGENT STEVEN LARSON:   Same deal with the phone?

2275        SPECIAL AGENT DOUGLAS SMITH:   Mm-hm.

2276        SPECIAL AGENT STEVEN LARSON:   Oh boom.   Look at that.

2277        SPECIAL AGENT DOUGLAS SMITH:   They're just trying --

2278    they're just trying to copy what, you know, like I said what

2279    they need, and they've got multiple tools to do it so.

2280        MR. ADAM BALL:   In the meantime, um, are we going to be

2281    able to email later today or --

2282        SPECIAL AGENT STEVEN LARSON:   -- Put --

2283        MR. ADAM BALL:   -- [inaudible 2:17:17] --

2284        SPECIAL AGENT STEVEN LARSON:   -- let's just -- let's just

2285    assume stuff is shut down for today.

2286        MR. ADAM BALL:   Okay.

2287        SPECIAL AGENT STEVEN LARSON:   You know that way, yeah, and

2288    I would appreciate it -- we're not going to babysit you.   I'm --

2289    I'm not going to hover over your shoulder, but if you could

2290    just, you know, stay off the computer.

2291        MR. ADAM BALL:   Cool.   [inaudible 2:17:34] have everything

2292    in memory [inaudible 2:19:36].

2293        SPECIAL AGENT DOUGLAS SMITH:   You don't know,  actually

2294    it's better to just right where it's at.   The guys will just

2295    come in and -- and see right where it's at.   See the folder.

2296    See what they need --

105                                              For Official Use Only

2297       SPECIAL AGENT STEVEN LARSON:  -- Yeah. --

2298       SPECIAL AGENT DOUGLAS SMITH:  -- and go from there.

2299       SPECIAL AGENT STEVEN LARSON:  So yeah.  Yeah.  But once

2300  everything is imaged I'm assuming that you could --

2301       MR. ADAM BALL:  -- [inaudible 2:17:54] four or five years

2302  ago.  That's the one in Saginaw from 9 or 8, 7 years ago or

2303  something like that.

2304       SPECIAL AGENT STEVEN LARSON:  Okay. --

2305       MR. ADAM BALL:  -- [inaudible 2:18:02} --

2306       SPECIAL AGENT STEVEN LARSON:  Um, they'll sort it out but

2307  possibly.

2308       SPECIAL AGENT DOUGLAS SMITH:  Yeah, we're not making a call

2309  on it then, um, you can work.  That -- that might help them the

2310  call if it doesn't work right.

2311       SPECIAL AGENT STEVEN LARSON:  Yeah.

2312       SPECIAL AGENT DOUGLAS SMITH:  So.

2313       SPECIAL AGENT STEVEN LARSON:  All right.  Well I think --

2314  do you have anything else?

2315       MR. ADAM BALL:  I don't.

2316       SPECIAL AGENT STEVEN LARSON:  All right.

2317       SPECIAL AGENT DOUGLAS SMITH:  Are we -- do -- do we need to

2318  --

                                        For Official Use Only

2319       SPECIAL AGENT STEVEN LARSON:  -- Yeah, we'll touch base

2320   with --

2321       SPECIAL AGENT DOUGLAS SMITH:  -- You want to [inaudible

2322   2:18:26] or you want me to?

2323       SPECIAL AGENT STEVEN LARSON:  You can.  Yeah.  I've got to

2324   find a washroom.

2325       MR. ADAM BALL:  You're going to leave me alone but --

2326       SPECIAL AGENT STEVEN LARSON:  Oh yeah, I do.  Yep.

2327       MR. ADAM BALL:  There's a bathroom in the back.

2328       SPECIAL AGENT STEVEN LARSON:  Okay.

2329       MR. ADAM BALL:  And there's two upfront.

2330       SPECIAL AGENT STEVEN LARSON:  All right.  Sounds good.  Um,

2331   Adam, sorry we had to meet under these circumstances.

2332       MR. ADAM BALL:  I'm sorry you had to come.

2333       SPECIAL AGENT STEVEN LARSON:  Um, just keep that in mind.

2334   You're -- you're this isn't the end of the world, all right.

2335       MR. ADAM BALL:  All right.

2336       SPECIAL AGENT STEVEN LARSON:  I know it doesn't feel like

2337   now.  It's easy for me to say, but it's not.

2338       MR. ADAM BALL:  What -- what do I do at this point here?

2339       SPECIAL AGENT STEVEN LARSON:  You know --

2340       SPECIAL AGENT DOUGLAS SMITH:  -- I'm going to get that for

2341   you.  You want me to do that?  Head -- heading out --

2342        SPECIAL AGENT STEVEN LARSON:  Yep.  Yep.  Yep.  Oops excuse

2343   me.  Interview is ending at 10:25 a.m.  Thursday, July 25.

                              For Official Use Only