**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

D-3 ADAM BALL,

    Defendant,

_____/

Case No. 23-Cr-20676

Hon. Thomas L. Ludington

**DEFENDANT'S MOTION TO ADOPT/JOIN MOTION**

Now Comes Defendant Adam Ball, by and through Counsel, Mark A. Satawa of the Law Office of Satawa Law, PLLC, and moves this Honorable Court to join in the following Motions made by his Co-Defendant Jeffrey Bartlett: *Motion To Dismiss Or, Alternatively, Preclude Admission Of Evidence And Argument Regarding "Common Control"* (ECF #189*)*.

**WHEREFORE**, Defendant Adam Ball files this Joinder to the Motion and requested relief.

        Respectfully submitted,

        */s/ Mark A. Satawa*

        MARK A. SATAWA
        Attorney for Defendant
        26777 Central Park Boulevard, #300
        Southfield, MI 48076
        (248) 356-8320

DATED: March 31, 2025