UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

v.

JEFFREY BARTLETT, *et al.,*

          Defendant.

_____/

Case No. 23-cr-20676

Hon. Thomas L. Ludington

## STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO THE GOVERNMENT'S MOTION IN LIMINE REGARDING TESTIMONY BY SPOUSES AND DOMESTIC PARTNER OF THE DEFENDANTS

The Government and the Defendants hereby stipulate to an extension of time to file a response to the Government's Motion In Limine Regarding Testimony by Spouses and Domestic Partner Of The Defendants [ECF 211] to June 1, 2025.

**IT IS SO ORDERED.**

Dated: April 16, 2025

          s/Thomas L. Ludington
          THOMAS L. LUDINGTON
          United States District Judge

- 2 -

s/Karen L. Reynolds w/ consent
Karen L. Reynolds
T. Patrick Martin
Assistant United States Attorneys
211 West Fort Street, Suite 2001
Detroit, Michigan 48226
Karen.Reynolds@usdoj.gov
Thomas.Martin@usdoj.gov

s/Joshua A. Blanchard w/ consent
Attorney for D-1, Jeffrey Bartlett
Blanchard Law
309 S Lafayette St Ste 208
PO Box 938
Greenville, MI 48838
616-773-2945
Email: josh@blanchard.law

s/Daniel Gerdts w/ consent
Attorney for D-2, Andrew Semenchuck
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612-800-5086
Email: daniel@danielgerdtslaw.com

s/Mark J. Kriger
Attorney for D-4, Brian Bartlett
LaRene & Kriger, P.L.C.
500 Griswold
Suite 2400
Detroit, MI 48226-3300
313-967-0100
Email: mkriger@sbcglobal.net

s/James Amberg
Attorney for D-4, Brian Bartlett
Amberg & Amberg, PLLC
32121 Woodward Avenue
Ste Ph
Royal Oak, MI 48073
248-681-6255
Fax: 248-681-0115

s/Charles E. Chamberlain, Jr. w/ consent
Attorney for D-5, Anthony Thelan
Willey & Chamberlain
300 Ottawa Avenue, N.W.
Ste 810
Grand Rapids, MI 49503
616-458-2212
Email: cec@willeychamberlain.com

s/Mark A. Satawa w/ consent
Attorney for D-3, Adam Ball
Satawa Law, Pllc
26777 Central Park Blvd.
Suite 300
Southfield, MI 48076
248-356-8320
Fax: 248-327-4941
Email: mark@satawalaw.com