UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                   Plaintiff,

v.                                                    Case No. 1:23-cr-20676-TLL-PTM
                                                    Hon. Thomas L. Ludington

Jeffrey Bartlett, et al.,

                   Defendant(s),

_____

**NOTICE TO APPEAR REMOTELY**

    PLEASE TAKE NOTICE that a remote hearing has been ***rescheduled*** before District Judge Thomas L. Ludington as follows:

    Government attorney(s) are hereby notified to participate as well as the defense attorney(s) for:  Jeffrey Bartlett, Andrew Semenchuk, Adam Ball, Brian Bartlett, Anthony Thelen

- STATUS CONFERENCE:  June 27, 2025 at 10:30 AM

    The Court will host the hearing.  Prior to the proceeding date, instructions for joining the hearing will be emailed to the participating attorneys.  Be advised that this is an attorneys-only proceeding.  Connection information and instructions may not be forwarded, distributed or shared with non-participants without the Court's advance approval.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: <u>s/K Winslow</u>
                                                               Case Manager

Dated:  June 25, 2025