UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

          CASE NO. 23-cr-20676-3

v.          DISTRICT JUDGE THOMAS L. LUDINGTON
          MAGISTRATE JUDGE PATRICIA T. MORRIS

ADAM BALL,

    *Defendant.*
_____/

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

Pursuant to the Defendant's consent, **IT IS ORDERED** that this case is referred to United States Magistrate Judge Patricia T. Morris for the following purposes:

1. To conduct a plea hearing pursuant to FED. R. CRIM. P. 11.

2. To issue a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), making the following findings:

    A. whether the Defendant is competent to enter a plea;

    B. whether the Defendant knowingly and voluntarily wishes to enter a plea to the charge(s);

    C. whether the Defendant understands the charge(s);

    D. whether there exists a factual basis for the charge(s); and

    E. whether the Court should accept the plea of guilty.

Dated: July 14, 2025                                s/Thomas L. Ludington
                                                               THOMAS L. LUDINGTON
                                                              United States District Judge