UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

Case No. 23-CR-20676

HON. Thomas L. Ludington

vs.

MAG. Patricia T. Morris

D-3 ADAM BALL,

        Defendant.
_____/

## DEFENDANT BALL'S CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE

**NOW COMES** the defendant, Adam Ball, and hereby acknowledges the following:

1. The Magistrate Judge has explained to me the charges pending against me and the possible penalties I face upon conviction. I understand the charges and the possible penalties.

2. I have the right to have all proceedings, including the plea hearing, conducted by the District Judge assigned to this case. The Magistrate Judge may conduct the plea hearing with my consent, as well as the consent of my attorney and the Assistant United States Attorney.

Understanding all of my rights, I hereby consent to have the Magistrate Judge preside over the guilty plea hearing and give up my right to proceed before the District Judge.

I further understand that the District Judge will accept or reject the plea, accept or reject the plea agreement, and will impose sentencing. I give my consent to this procedure freely and voluntarily.

Respectfully Submitted,

Dated: 7/18/2025 /s/ Adam Ball
Adam Ball
Defendant

**IN AGREEANCE** as to form and substance:

Dated: July 18, 2025 /s/ *Karen L. Reynolds (With Permission)*
Karen L. Reynolds (P31029)
Assistant U.S. Attorney

Dated: July 18, 2025 /s/ *Mark A. Sataw*
Mark A. Satawa (P47021)
Attorney for Defendant