UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                      Plaintiff,                         Case No. 1:23-cr-20676-03

v.                                          Honorable Thomas L. Ludington
                                          United States District Judge

ADAM BALL,

                                          Honorable Patricia T. Morris
                  Defendant.         United States Magistrate Judge

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, ACCEPTING GUILTY PLEA, AND TAKING RULE 11 PLEA AGREEMENTS UNDER ADVISEMENT**

On July 30, 2025, Magistrate Judge Patricia T. Morris conducted a plea hearing upon Defendant Adam Ball's consent. *See* ECF Nos. 258; 262. That next day, Judge Morris issued a report recommending that this Court accept Defendant's guilty plea. ECF No. 283. Judge Morris gave the Defendant 14 days to object, but he did not do so. Defendant has therefore forfeited his right to appeal Judge Morris's findings that Defendant was competent to enter a plea and did so knowingly, voluntarily, and with a basis in fact. *See* FED. R. CRIM. P. 11(b); *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 283, is **ADOPTED**.

Further, it is **ORDERED** that Defendant's guilty plea is **ACCEPTED**, and the Rule 11 Plea Agreement, ECF No. 277, is **TAKEN UNDER ADVISEMENT.**

Dated: August 19, 2025                         s/Thomas L. Ludington
                                          THOMAS L. LUDINGTON
                                          United States District Judge