UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                    Case No. 1:23-cr-20676

v.                                                   Honorable Thomas L. Ludington
                                                      United States District Judge

JEFFREY BARTLETT, BRIAN BARTLETT,
ADAM BALL, ANDREW SEMENCHUCK,
ANTHONY THELEN

                                                      Honorable Patricia T. Morris
        Defendant.                            United States Magistrate Judge

_____/

**ORDER DENYING GOVERNMENT'S MOTIONS *IN LIMINE* AND MOTION FOR A PRETRIAL HEARING AS MOOT**

On September 25, 2024, the Government filed a Second Superseding Indictment as to all Defendants. ECF No. 132. All Defendants were charged under 18 U.S.C. § 1349, for conspiring to commit wire fraud; 18 U.S.C. § 371, for conspiring to defraud the United States; and 18 U.S.C. §§ 2, 1343, for aiding and abetting wire fraud. ECF No. 132. On March 31, 2025, the Government filed three evidentiary motions. ECF Nos. 208; 211; 212. But in July 2025, all Defendants pleaded guilty to Conspiracy to Defraud the United States, violating 18 U.S.C. § 371. As a result, the Government's evidentiary motions, ECF Nos. 208; 211; 212, will be denied as moot.

Accordingly, it is **ORDERED** that the Government's Motion *In Limine* to Bar Irrelevant and Misleading Evidence, ECF No. 208, is **DENIED AS MOOT**.

Further, it is **ORDERED** that the Government's Motion *In Limine* Regarding Testimony By Spouses and a Domestic Partner of the Defendants, ECF No. 211, is **DENIED AS MOOT**.

Further, it is **ORDERED** that the Government's Motion for Pretrial Hearing to determine the Admissibility of Undisputed-to Evidence, ECF No. 212, is **DENIED AS MOOT**.

- 2 -

Dated: August 20, 2025                              <u>s/Thomas L. Ludington</u>
                    THOMAS L. LUDINGTON
                    United States District Judge