UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No.: 1:23-CR-20676-03
Hon. Thomas L. Ludington

D-3 ADAM BALL,

    Defendant.

_____/

ORDER GRANTING GOVERNMENT'S MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY

Before this Court is an Unopposed Motion to Deposit Funds into the Registry, ECF No. 320, of the Court requesting an Order authorizing the Clerk of Court to accept prepayment of funds for restitution in the above referenced matter on behalf of Adam Ball. Upon consideration of the Motion, the Court grants said Motion and Orders that the Clerk of the Court take receipt of any such payment tendered by the Defendant or his representative and deposit the funds into the Court Registry until further order of this Court.

Dated: November 17, 2025

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge